**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                           :

**In re**                           :          **Chapter 11**

**OMEGA THERAPEUTICS, INC.**    :          **Case No. 25-10211 (BLS)**

    **Debtor.**                :

                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## OMEGA THERAPEUTICS, INC. (CASE NO. 25-10211)

The Debtor's federal tax identification number is: 81-3247585. The mailing address for the Debtor is 140 First Street, Suite 501, Cambridge, MA 02141.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| OMEGA THERAPEUTICS, INC.,[1] | Case No. 25-10211 (BLS) |
| Debtor. |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement," and collectively with the Schedules, the "Schedules and Statement") filed by the above-captioned debtor and debtor in possession (the "Debtor"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), have been prepared by the Debtor's management in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007, and are unaudited.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statement. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statement.[2]

The Schedules and Statement do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause material changes to the Schedules and Statement.

---

[1]    The Debtor's federal tax identification number is 81-3247585. The mailing address for the Debtor is 140 First Street, Suite 501, Cambridge, MA 02141.

[2]    These Global Notes are in addition to any specific notes contained in the Debtor's Schedules and Statement.

The Debtor's management prepared the Schedules and Statement with the assistance of its restructuring advisor, Triple P RTS, LLC, and other professionals. Barbara Chan has signed the Schedules and Statement. Ms. Chan is the Senior Vice President of Finance and Chief Accounting Officer of, and an authorized signatory for, the Debtor. Ms. Chan has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, Statement and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of the Debtor. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, Statement and Global Notes are likely not an accurate representation of the Debtor's liabilities on a GAAP basis.**

The Debtor and its employees, agents, attorneys, and other professionals shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtor or its employees, agents, attorneys, or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its employees, agents, attorneys, and other professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.    <u>Reservation of Rights</u>.  The Debtor reserves and preserves all rights to amend, supplement or otherwise modify the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statement with respect to a claim (including, but not limited to: amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statement as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim). Any failure to designate a claim in the Schedules and Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor.

Further, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this chapter 11 case, including, without limitation, with respect to matters involving objections to claims, equitable subordination, defense, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the

Bankruptcy Code or any other relevant laws to recover assets or avoid transfers.  Any specific reservation and preservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation and preservation of rights contained in this or the preceding paragraph.

2.   <u>Description of the Case and "as of" Information Date</u>.  On February 10, 2025 (the "<u>Petition Date</u>"), the Debtor filed a voluntary petition with the Bankruptcy Court under chapter 11 of the Bankruptcy Code.  The Debtor continues to manage its assets as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Unless otherwise stated, asset and liability information is as of the Petition Date.  As more fully described below, the Debtor was required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statement.

Additionally, the Debtor has made every effort to allocate liabilities between the prepetition and postpetition periods based on information available and research conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available to, and further research is conducted by, the Debtor, the Debtor's allocation of liabilities between prepetition and postpetition periods may change.

3.   <u>Basis of Presentation</u>.  For financial reporting purposes, the Debtor historically prepared consolidated financial statements.  The Schedules and Statement reflect the assets and liabilities of the Debtor on the basis of the Debtor's unaudited records.  Furthermore, the Schedules and Statement do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements previously distributed to certain third parties.  Accordingly, the totals listed in the Schedules and Statement differ, at times materially, from the consolidated financial reports prepared by the Debtor for financial reporting purposes or otherwise.

To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date.

4.   <u>Recharacterization</u>.  Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statement, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items.  Accordingly, the Debtor reserves and preserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statement were deemed executory or unexpired as of the Petition Date and remain executory or unexpired postpetition.

5.   <u>Excluded Assets and Liabilities</u>.  In addition, certain immaterial assets and liabilities may have been excluded.  The liabilities listed on the Schedules and Statement do not reflect a complete analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves and preserves its rights to dispute or challenge the validity of all claims asserted under section 503(b)(9) of the Bankruptcy Code.

6.      Insiders.  For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of directors, officers, or persons in control of the Debtor; and (e) affiliates.  Persons listed as "insiders" have been included for informational purposes only, and including them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtor reserves and preserves all rights with respect to the foregoing issues.

7.      Executory Contracts and Unexpired Leases.  Nothing contained in or omitted from the Schedules and Statement is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid and enforceable.  The Debtor reserves and preserves all rights with respect to all such issues.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute.  Similarly, the absence of a contract or lease from Schedule G does not constitute an admission that such contract or lease is not executory.

In addition, the Debtor reserves and preserves all rights, claims and causes of action with respect to the contracts and leases listed in the Schedules and Statement, including the rights to dispute or challenge the characterization or the structure of any transaction, document or instrument.

8.      Classifications.  Listing a claim on (i) Schedule E/F, Part 1 as "priority," (ii) Schedules E/F, Part 1 or 2 as "unsecured," or (iii) Schedule G as "executory" or "unexpired," is not a waiver of the Debtor's rights to recharacterize or reclassify such claims, contracts, leases or, amend such schedules.

9.      Causes of Action.  Despite its reasonable efforts to identify all known assets, the Debtor may not have identified and/or listed as assets in the Schedules and Statement all of its causes of action or potential causes of action against third parties (and in particular has not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy

Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers). The Debtor reserves and preserves its rights with respect to any claim, cause of action (including avoidance actions), controversy, right of setoff, recoupment, cross-claim, or counterclaim; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, mature or unmatured, liquidated or unliquidated, disputed or undisputed, secured or unsecured, direct or derivative, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or otherwise (collectively, "Causes of Action"), and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

        10.     Summary of Significant Reporting Policies. The following conventions were adopted by the Debtor in the preparation of the Schedules and Statement:

        (a)     Book Value. Unless otherwise noted, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtor's accounting and/or tax books and records as of the Petition Date, and is not based upon any estimate of its current market values.

        (b)     Cash. Any cash balances in the Debtor's bank accounts set forth in Schedule A/B are based on the book balance as of the beginning of business on the Petition Date.

        (c)     Property and Equipment: Owned. Fixed assets are recorded at cost. Depreciation is computed on a straight line method over the estimated useful life of the asset.

        (d)     Liens and Encumbrances on Assets. In the ordinary course of the Debtor's business, tax liens and other encumbrances (e.g., judgment liens) are occasionally filed against assets owned by the Debtor. The Debtor has made a reasonable, good faith effort to include all liens on Schedule D, but may have inadvertently failed to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

        (e)     Undetermined Amounts. The description of any amounts as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

        11.     Setoffs. The Debtor incurred certain offsets and other similar rights during the ordinary course of its business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been

accounted for when certain amounts were included in the Schedules and Statement, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statement.

12.    <u>Estimates and Assumptions</u>.    To prepare and file the Schedules and Statement in accordance with the deadlines established in the chapter 11 case, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtor reserves and preserves all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

13.    <u>Confidential or Sensitive Information</u>.    There may be instances where certain information in the Schedules and Statements was not included or redacted due to the nature of an agreement between the Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, concerns for the privacy of an individual, or due to privacy-related laws and/or regulatory regimes.

14.    <u>Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.    <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. As previously stated, the description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

## <u>Specific Schedule Disclosures</u>

1. **Schedule A/B - Assets – Real and Personal Property:**

   a. **Part 1 – Cash and cash equivalents.**  The Debtor's Cash Management System is comprised of four (4) bank accounts.  The Debtor's primary postpetition cash management bank is JPMorgan Chase Bank, N.A.  Further details with respect to the Cash Management System are provided in the Cash Management Motion [D.I. 3].  The cash amount listed is as of the Petition Date and reflects the bank balance, not the net book value.

   b. **Part 2 – Deposits and Prepayments.**  Part 2 identifies previous payments made on behalf of the Debtor for services or prepayments of services or other obligations.

   c. **Part 7 – Office furniture, fixtures, and equipment; and collectibles.**  Actual realizable values may vary significantly relative to net book values as of the Petition Date.  Additionally, in an effort to reduce the volume of the disclosures that would be otherwise applicable, the Debtor is disclosing its fixed assets at the category level.

d. **Part 8 – Machinery, equipment, and vehicles.** Machinery and Equipment leased by the Debtor is listed on both Schedule A/B and on Schedule G. Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.

e. **Part 9 – Real Property.** Property leased by the Debtor is listed on both Part 9 of Schedule A/B and on Schedule G. Furthermore, the property value is scheduled in accordance with the Debtor's books and records, which may not comport with the legal owner of record. Actual realizable values of the assets identified may vary significantly relative to recorded values as of the Petition Date, which reflect net book value. The Debtor reserves all rights to recharacterize its interests in real property at a later date.

f. **Part 10 – Intangibles and intellectual property.** Part 10 identifies the various trademarks, patents, and website domains owned and maintained by the Debtor. The Schedules may not list the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtor used for its operation, which are easily obtainable and hold minimal value, are not included.

g. **Part 11 – All other assets.** Potential preference actions and/or fraudulent transfer actions were not listed because the Debtor has not completed an analysis of such potential claims. The Debtor's failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

With respect to tax refunds and net operating losses, Omega Therapeutics, Inc. is projected to have federal, state, and local income tax net operating loss carryforwards, which is available to offset income generated by the Debtor.

2. **Schedule D – Creditors Who Have Claims Secured by Property:**

a. The claims listed on Schedule D arose and were incurred on various dates. To the best of the Debtor's knowledge, all claims listed on Schedule D arose, or were incurred, before the Petition Date.

b. Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtor and/or its estate reserves the right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (i) although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D and herein are intended to be a summary. Reference to the applicable loan agreements and

related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Detailed descriptions of the Debtor's prepetition debt structure, guarantees, and descriptions of collateral relating to each obligation, if any, contained on Schedule D are contained in the *Declaration of Kaan Certel in Support of Debtor's Chapter 11 Petition and First Day Motions* [Docket No. 19] (the "First Day Declaration").

c.  Schedule D does not include beneficiaries of letters of credit. Although the claims of such parties may be secured by a letter of credit, the Debtor's obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

d.  The Debtor has not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtor, or judgment or statutory lien rights. The Debtor has not investigated which of the claims may include such rights, and their population is currently unknown.

**3. Schedule E/F – Creditors Who Have Unsecured Claims:**

a.  **Part 1 – List all creditors with priority unsecured claims.** The Debtor's analysis of any potential priority claims is ongoing. With respect to any employee claims that may be entitled to priority status under section 507(a)(4) or (5) of the Bankruptcy Code, these claims may have been paid pursuant to, and the statutory priority cap of $15,150 may have been exhausted under, the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 9]. Thus, the Debtor reserves its rights to dispute or challenge the priority status of any employee claims under section 507(a)(4) or (5) of the Bankruptcy Code.

For the active employees as of the petition date, there was one week of accrued payroll that was paid post-petition due to the timing of the Company's payroll cycle. As such, this one week of payroll has been deducted from the $15,150 cap to determine the priority threshold for these employees.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves its rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

b.  **Part 2 – Creditors with Nonpriority Unsecured Claims.** Schedule E/F Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F Part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and

unexpired leases that have been or may be rejected postpetition.

**4. Schedule G – Executory Contracts and Unexpired Leases.**

    a. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements") as of the filing of the Statements and Schedules, the Debtor's collection and review process of the Agreements is ongoing, and inadvertent errors, omissions, or over- or under-inclusion may have occurred. The Debtor may have entered into various other types of Agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements, and confidentiality agreements, that may not be set forth in Schedule G. The Debtor has not included on Schedule G the engagement letters with any of the Debtor's professionals that have been retained pursuant to an order of the Court in this Chapter 11 Case, which agreements have been publicly filed with the Court. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease, that such Agreement was in effect on the Petition Date, or that such Agreement is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.

**Specific Notes with Respect to the Debtor's Statements of Financial Affairs**

1. **Part 1: Income. Questions 1.** The Debtor receives a certain amount of cash up-front from specific contracts that is recorded as deferred revenue and recognized into revenue over time as certain milestones are completed.

2. **Part 2: Income. Questions 3 and 4.** In the ordinary course of its business, the Debtor maintains a cash management system in which the Debtor disburses funds from its checking account that are used to satisfy its ordinary course operating expenses and financial obligations as further explained in the Cash Management Motion. Consequently, most, if not all, payments to creditors and insiders listed in response to Questions 3 and 4 the Debtor's Statements reflect payments made pursuant to the Debtor's cash management system described in the Cash Management Motion.

3. **Part 3: Legal Action or Assignments. Question 7.** Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. The Debtor used commercially reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto using information available to the Debtor. In the event that the Debtor

discovers additional information pertaining to the legal action identified in response to Statement 7, the Debtor will use reasonable efforts to supplement the Statements in light thereof.

4.  **Part 6: Certain Payments or Transfers. Question 11.**  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one (1) year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement 11.

5.  **Part 10: Financial Accounts, Safe Deposit Boxes, and Storage Units. Question 20**. Certain vendors are storing expired drug components for the Debtor in off-premises storage facilities. These drug components are likely worthless to the Debtor or any other party and may be slated for disposal.

6.  **Part 13: Details About the Debtor's Business or Connections to Any Business. Question 26(d).**  Omega Therapeutics, Inc. is a registrant with the Securities Exchange Commission and files periodic consolidated financial reports that include financial statements that are available to the public.  The Debtor has also provided financial statements in the ordinary course of business to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge or consent, the Debtor has not disclosed any parties that may have received such financial statements for the purposes of Statement 26(d).

7.  **Part 13: Details About the Debtor's Business or Connections to Any Business. Question 30.**  For information related to payments and transfers to insiders, please refer to SOFA question number four.

Debtor  **Omega Therapeutics, Inc.**                                          Case number (if known)  **25-10211**
_____
Name

| Fill in this information to identify the case: |
|---|

Debtor name  **Omega Therapeutics, Inc.**

United States Bankruptcy Court for the:  **District of Delaware**

Case number (if known)  **25-10211**

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B........................................................................  $     **Undetermined**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B......................................................................  $     **308,632,485.77**
    **plus undetermined amounts**

    1c.  **Total of all property:**
    Copy line 92 from Schedule A/B........................................................................  $     **308,632,485.77**
    **plus undetermined amounts**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................  $     **1,500,000.00**
**plus undetermined amounts**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................  $     **2,210,184.71**
    **plus undetermined amounts**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................  +$     **5,727,687.07**
    **plus undetermined amounts**

4.  **Total liabilities** ........................................................................................................
Lines 2 + 3a + 3b

$     **9,437,871.78**
**plus undetermined amounts**

**Fill in this information to identify the case:**

Debtor name   **Omega Therapeutics, Inc.**

United States Bankruptcy Court for the:   **District of Delaware**

Case number (if known)   **25-10211**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.   Cash on Hand**

| 2.1 | $0.00 |
| --- | --- |

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.   Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1 | BANC OF CALIFORNIA | CHECKING ACCOUNT | 5532 | $11,022.75 |
| 3.2 | BANC OF CALIFORNIA | INTEREST-BEARING ACCOUNT | 4335 | $0.00 |
| 3.3 | BANC OF CALIFORNIA | INSURED CASH SWEEP ACCOUNT | 5326 | $0.00 |
| 3.4 | JPMORGAN CHASE BANK, N.A. | COMMERCIAL CHECKING ACCOUNT | 0119 | $435,541.82 |

Debtor  **Omega Therapeutics, Inc.** _____  Case number (*if known*) **25-10211**

Name

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 4. **Other cash equivalents** *(Identify all)* | |
| 4.1 | $0.00 |

| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$446,564.57** |
|---|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 7.1 | $0.00 |

| 8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | | Current value of debtor's interest |
|---|---|---|
| 8.1 | 10X GENOMICS INC | PREPAID MAINTENANCE | $8,348.21 |
| 8.2 | ACTIVE MOTIF INC | PREPAID MAINTENANCE | $3,624.90 |
| 8.3 | AGILENT TECHNOLOGIES | PREPAID SOFTWARE | $6,651.33 |
| 8.4 | AGILENT TECHNOLOGIES INC | PREPAID MAINTENANCE | $15,801.94 |
| 8.5 | ALEXANDRIA REAL ESTATE EQUITIES, INC. | PREPAID RENT | $925,407.40 |
| 8.6 | ALPHASENSE INC | PREPAID SOFTWARE | $12,458.33 |
| 8.7 | AON CONSULTING INC | PREPAID SOFTWARE | $4,306.27 |
| 8.8 | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC | PREPAID INSURANCE | $1,816,804.02 |
| 8.9 | BAY STATE IT | PREPAID SOFTWARE | $6,439.16 |
| 8.10 | BIOTECHNOLOGY INNOVATION ORGANIZATION | PREPAID MEMBERSHIP | $5,301.56 |
| 8.11 | BLUE CROSS BLUE SHIELD - FEBRUARY | PREPAID INSURANCE | $51,914.83 |
| 8.12 | BOOMI, LP | PREPAID SOFTWARE | $6,965.71 |
| 8.13 | CYTEK BIOSCIENCES INC | PREPAID SOFTWARE | $3,049.37 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | | |
|---|---|---|---|
| 8.14 | DILIGENT CORPORATION | PREPAID SOFTWARE | $16,213.01 |
| 8.15 | DONNELLEY FINANCIAL LLC | PREPAID LICENSE | $35,193.47 |
| 8.16 | E*TRADE FINANCIAL CORPORATE SERVICES | PREPAID LICENSE | $23,637.46 |
| 8.17 | EGNYTE INC | PREPAID SOFTWARE | $13,825.19 |
| 8.18 | ELEMENTAL MACHINES INC | PREPAID SOFTWARE | $11,498.83 |
| 8.19 | FUBON INSURANCE CO., LTD. | PREPAID INSURANCE | $996.84 |
| 8.20 | GLOBAL SOFTWARE, LLC | PREPAID SOFTWARE | $9,990.79 |
| 8.21 | HEALTHEQUITY, INC. | PREPAID INSURANCE | $2,355.00 |
| 8.22 | HYUNDAI MARINE & FIRE INSURANCE CO., LTD | PREPAID INSURANCE | $1,285.66 |
| 8.23 | ICAPITAL | PREPAID PROFESSIONAL FEES | $1,443.01 |
| 8.24 | ILLUMINA INC | PREPAID MAINTENANCE | $7,624.05 |
| 8.25 | JMP STATISTICAL DISCOVERY LLC | PREPAID SOFTWARE | $9,382.23 |
| 8.26 | KROLL RESTRUCTURING ADMINISTRATION LLC | PREPAID RETAINER | $50,000.00 |
| 8.27 | LABCONNECT | PREPAID R&D SERVICES | $375,663.69 |
| 8.28 | LATHAM & WATKINS | PREPAID RETAINER | $150,000.00 |
| 8.29 | LIFE TECHNOLOGIES CORPORATION | PREPAID MAINTENANCE | $21,733.72 |
| 8.30 | LIFESCI COMMUNICATIONS, LLC | PREPAID SERVICES | $20,000.00 |
| 8.31 | MOLECULAR DEVICES LLC | PREPAID SOFTWARE | $1,411.21 |
| 8.32 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PREPAID RETAINER | $450,000.00 |
| 8.33 | NASDAQ | PREPAID LISTING FEE | $9,301.62 |
| 8.34 | PALO ALTO | PREPAID SUBSCRIPTION | $1,257.79 |
| 8.35 | PATSNAP UK LTD | PREPAID OTHER | $12,656.60 |
| 8.36 | PRECISION FOR MEDICINE | PREPAID CLINICAL SERVICES | $3,181,696.97 |
| 8.37 | PROTEINSIMPLE | PREPAID SOFTWARE | $10,013.56 |
| 8.38 | SEQERA LABS, S.L. | PREPAID SOFTWARE | $32,183.05 |
| 8.39 | TRIPLE P SECURITIES, LLC | PREPAID RETAINER | $300,892.86 |
| 8.40 | UNUM LIFE INSURANCE COMPANY OF AMERICA | PREPAID INSURANCE | $3,132.14 |
| 8.41 | UPPSALA MONITORING CENTRE | PREPAID SOFTWARE | $4,164.26 |
| 8.42 | UPTODATE, INC. | PREPAID SOFTWARE | $5,097.93 |
| 8.43 | VRS RESTRUCTURING SERVICES | PREPAID RETAINER | $30,535.71 |

Debtor    **Omega Therapeutics, Inc.**                                     Case number (*if known*)  **25-10211**
_____
          Name

| | | Current value of debtor's interest |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.44 | WATERS TECHNOLOGIES CORPORATION | PREPAID SOFTWARE | $6,222.64 |
| 8.45 | WEDBUSH SECURITIES INC. | PREPAID PROFESSIONAL FEES | $75,000.00 |
| 8.46 | ZENQMS | PREPAID SOFTWARE | $6,813.45 |

| 9. | **Total of Part 2.** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | **$7,748,295.77** |

---

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes. Fill in the information below

| | Current value of debtor's interest |
|---|---|
| 11. | **Accounts receivable** | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$0.00** |

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes. Fill in the information below

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 14.1 | | | $0.00 |

Debtor    **Omega Therapeutics, Inc.**
_____    Case number (*if known*) **25-10211**
Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1 | OMEGA SECURITY CORPORATION | 100.00%  % | EQUITY METHOD | UNDETERMINED |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 16.1 | | $0.00 |

---

**17.** **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

**Undetermined**

---

| Part 5: | **Inventory, excluding agriculture asset** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** **Work in progress** | | | | |
| 20.1 | | | | $0.00 |

---

Debtor **Omega Therapeutics, Inc.** _____ Case number (*if known*) **25-10211**
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | |
| 21.1 _____ | _____ | _____ | _____ | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** | **Other inventory or supplies** | | | |
| 22.1 _____ | _____ | _____ | _____ | $0.00 |

**23.** **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** | **Crops-either planted or harvested** | | |
| 28.1 _____ | _____ | _____ | $0.00 |

Debtor **Omega Therapeutics, Inc.**                                    Case number (*if known*) **25-10211**
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 29.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 30.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33.** **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

**$0.00**

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No.

  ☐ Yes.

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
|---|---|---|---|
| | Name | | |

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1 FURNTIURE & FIXTURES | $957,208.64 | NET BOOK VALUE | $957,208.64 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 40. **Office fixtures** | | | |
| 40.1 LEASEHOLD IMPROVEMENTS | $181,117.65 | NET BOOK VALUE | $181,117.65 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 COMPUTER HARDWARE | $441,184.60 | NET BOOK VALUE | $441,184.60 |
| 41.2 IT SOFTWARE | $38,929.58 | NET BOOK VALUE | $38,929.58 |

---

Debtor **Omega Therapeutics, Inc.** _____ Case number (*if known*) **25-10211**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

**$1,618,440.47**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

■ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes. Fill in the information below

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

Debtor **Omega Therapeutics, Inc.** _____ Case number (*if known*) **25-10211**
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **49.** **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 LAB EQUIPMENT | $2,263,308.09 | NET BOOK VALUE | $2,263,308.09 |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$2,263,308.09

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☑ Yes.

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below

Debtor  **Omega Therapeutics, Inc.** _____  Case number (*if known*)  **25-10211**
       Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1 | CORPORATE HEADQUARTERS: 140 FIRST STREET, CAMBRIDGE, MA 02141 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.1 and entries from any additional sheets.
       Copy the total to line 88

| **Undetermined** |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

       ■ No.
       ☐ Yes.

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

       ■ No.
       ☐ Yes.

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

| | | | | |
|---|---|---|---|---|
| 60.1 | PATENT - AU - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.2021350024 | UNDETERMINED | N/A | UNDETERMINED |
| 60.2 | PATENT - AU - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.2021401231 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   **Omega Therapeutics, Inc.**
_____ Case number (*if known*)   **25-10211**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.3 | PATENT - AU - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.2017324550 | UNDETERMINED | N/A | UNDETERMINED |
| 60.4 | PATENT - AU - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.2017313912 | UNDETERMINED | N/A | UNDETERMINED |
| 60.5 | PATENT - BR - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.BR112023011699-6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.6 | PATENT - CA - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.3,196,827 | UNDETERMINED | N/A | UNDETERMINED |
| 60.7 | PATENT - CA - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.3193868 | UNDETERMINED | N/A | UNDETERMINED |
| 60.8 | PATENT - CA - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.3147641 | UNDETERMINED | N/A | UNDETERMINED |
| 60.9 | PATENT - CA - COMPOSITIONS AND METHODS FOR MODULATING FORKHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.3173528 | UNDETERMINED | N/A | UNDETERMINED |
| 60.10 | PATENT - CA - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4A) GENE EXPRESSION - APPLICATION NO.3147643 | UNDETERMINED | N/A | UNDETERMINED |
| 60.11 | PATENT - CA - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.3205133 | UNDETERMINED | N/A | UNDETERMINED |
| 60.12 | PATENT - CA - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.3155417 | UNDETERMINED | N/A | UNDETERMINED |
| 60.13 | PATENT - CA - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.3035910 | UNDETERMINED | N/A | UNDETERMINED |
| 60.14 | PATENT - CA - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.3034369 | UNDETERMINED | N/A | UNDETERMINED |
| 60.15 | PATENT - CA - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY 1,2-DIOLEOYL-3-TRIMETHYLAMMONIUM-PROPANE (DOTAP) LIPID NANOPARTICLES - APPLICATION NO.3,198,599 | UNDETERMINED | N/A | UNDETERMINED |
| 60.16 | PATENT - CA - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.3,215,957 | UNDETERMINED | N/A | UNDETERMINED |
| 60.17 | PATENT - CN - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.202180077372.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.18 | PATENT - CN - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.202180078940.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.19 | PATENT - CN - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.202080062887.0 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
| --- | --- | --- | --- |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.20 | PATENT - CN - COMPOSITIONS AND METHODS FOR MODULATING FORKHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.202180034263.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.21 | PATENT - CN - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.202180093730.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.22 | PATENT - CN - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.202380031799.8 | UNDETERMINED | N/A | UNDETERMINED |
| 60.23 | PATENT - CN - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.202080078749.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.24 | PATENT - CN - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.201780066156.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.25 | PATENT - CN - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.201780063656.X | UNDETERMINED | N/A | UNDETERMINED |
| 60.26 | PATENT - CN - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY 1,2-DIOLEOYL-3-TRIMETHYLAMMONIUM-PROPANE (DOTAP) LIPID NANOPARTICLES - APPLICATION NO.202180093950.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.27 | PATENT - CN - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.202280029983.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.28 | PATENT - EP - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.21873514.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.29 | PATENT - EP - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.21876425.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.30 | PATENT - EP - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.20786662.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.31 | PATENT - EP - COMPOSITIONS AND METHODS FOR MODULATING FORKHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.21715725.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.32 | PATENT - EP - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4A) GENE EXPRESSION - APPLICATION NO.20788942.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.33 | PATENT - EP - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.21907332.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.34 | PATENT - EP - COMPOSITIONS AND METHODS FOR MODULATING SFRP1 GENE EXPRESSION - APPLICATION NO.22765643.6 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    **Omega Therapeutics, Inc.** _____    Case number (*if known*) **25-10211**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.35 PATENT - EP - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.23782038.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.36 PATENT - EP - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.20870270.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.37 PATENT - EP - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.17849560.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.38 PATENT - EP - METHODS OF ALTERING GENE EXPRESSION BY PERTURBING TRANSCRIPTION FACTOR MULTIMERS THAT STRUCTURE REGULATORY LOOPS - APPLICATION NO.18736585.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.39 PATENT - EP - METHODS OF ALTERING GENE EXPRESSION BY PERTURBING TRANSCRIPTION FACTOR MULTIMERS THAT STRUCTURE REGULATORY LOOPS - APPLICATION NO.23166975.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.40 PATENT - EP - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.17842239 | UNDETERMINED | N/A | UNDETERMINED |
| 60.41 PATENT - EP - REGULATION OF TRANSCRIPTION THROUGH CTCF LOOP ANCHORS - APPLICATION NO.17881835.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.42 PATENT - EP - TISSUE SPECIFIC NUCLEIC ACID DELIVERY BY DOTAP LIPID NANOPARTICLES - APPLICATION NO.21907712.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.43 PATENT - EP - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.22792461.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.44 PATENT - HK - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.62024085812.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.45 PATENT - HK - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.62023081717.8 | UNDETERMINED | N/A | UNDETERMINED |
| 60.46 PATENT - HK - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4A) GENE EXPRESSION - APPLICATION NO.62022066202.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.47 PATENT - HK - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.62024085191.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.48 PATENT - HK - METHODS OF ALTERING GENE EXPRESSION BY PERTURBING TRANSCRIPTION FACTOR MULTIMERS THAT STRUCTURE REGULATORY LOOPS - APPLICATION NO.62020007316.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.49 PATENT - HK - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.19126717.8 | UNDETERMINED | N/A | UNDETERMINED |
| 60.50 PATENT - IN - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.202317040293 | UNDETERMINED | N/A | UNDETERMINED |

Debtor  **Omega Therapeutics, Inc.** _____ Case number (*if known*) **25-10211**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.51 PATENT - JP - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.2023-518775 | UNDETERMINED | N/A | UNDETERMINED |
| 60.52 PATENT - JP - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.2023-519466 | UNDETERMINED | N/A | UNDETERMINED |
| 60.53 PATENT - JP - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.2022-518345 | UNDETERMINED | N/A | UNDETERMINED |
| 60.54 PATENT - JP - COMPOSITIONS AND METHODS FOR MODULATING FORKHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.2022-554320 | UNDETERMINED | N/A | UNDETERMINED |
| 60.55 PATENT - JP - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4A) GENE EXPRESSION - APPLICATION NO.2022-518346 | UNDETERMINED | N/A | UNDETERMINED |
| 60.56 PATENT - JP - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.2023-536049 | UNDETERMINED | N/A | UNDETERMINED |
| 60.57 PATENT - JP - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.2022-543368 | UNDETERMINED | N/A | UNDETERMINED |
| 60.58 PATENT - JP - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.2019-533313 | UNDETERMINED | N/A | UNDETERMINED |
| 60.59 PATENT - JP - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.2023-113050 | UNDETERMINED | N/A | UNDETERMINED |
| 60.60 PATENT - JP - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.2019-510362 | UNDETERMINED | N/A | UNDETERMINED |
| 60.61 PATENT - JP - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.2023-63336 | UNDETERMINED | N/A | UNDETERMINED |
| 60.62 PATENT - JP - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.2024-119444 | UNDETERMINED | N/A | UNDETERMINED |
| 60.63 PATENT - JP - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY 1,2-DIOLEOYL-3-TRIMETHYLAMMONIUM-PROPANE (DOTAP) LIPID NANOPARTICLES - APPLICATION NO.2023-538030 | UNDETERMINED | N/A | UNDETERMINED |
| 60.64 PATENT - JP - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.2023-564430 | UNDETERMINED | N/A | UNDETERMINED |
| 60.65 PATENT - KR - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.10-2023-7014768 | UNDETERMINED | N/A | UNDETERMINED |
| 60.66 PATENT - KR - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.10-2023-7024060 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.67 | PATENT - KR - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY 1,2-DIOLEOYL-3-TRIMETHYLAMMONIUM-PROPANE (DOTAP) LIPID NANOPARTICLES - APPLICATION NO.10-2023-7024395 | UNDETERMINED | N/A | UNDETERMINED |
| 60.68 | PATENT - KR - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.10-2023-7039993 | UNDETERMINED | N/A | UNDETERMINED |
| 60.69 | PATENT - MX - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.MX/A/2023/003424 | UNDETERMINED | N/A | UNDETERMINED |
| 60.70 | PATENT - MX - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.MX/A/2023/007116 | UNDETERMINED | N/A | UNDETERMINED |
| 60.71 | PATENT - MX - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.MX/A/2019/002004 | UNDETERMINED | N/A | UNDETERMINED |
| 60.72 | PATENT - NZ - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.798248 | UNDETERMINED | N/A | UNDETERMINED |
| 60.73 | PATENT - NZ - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.800745 | UNDETERMINED | N/A | UNDETERMINED |
| 60.74 | PATENT - TW - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.112123742 | UNDETERMINED | N/A | UNDETERMINED |
| 60.75 | PATENT - TW - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.111112954 | UNDETERMINED | N/A | UNDETERMINED |
| 60.76 | PATENT - TW - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO.112123741 | UNDETERMINED | N/A | UNDETERMINED |
| 60.77 | PATENT - US - ARYL AND HETEROARYL LIPID COMPOUNDS, LIPID NANOPARTICLE (LNP) FORMULATIONS, AND THERAPEUTIC USES THEREOF - APPLICATION NO.63/601,566 | UNDETERMINED | N/A | UNDETERMINED |
| 60.78 | PATENT - US - ARYL AND HETEROARYL LIPID COMPOUNDS, LIPID NANOPARTICLE (LNP) FORMULATIONS, AND THERAPEUTIC USES THEREOF - APPLICATION NO.63/624,073 | UNDETERMINED | N/A | UNDETERMINED |
| 60.79 | PATENT - US - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.63/354,646 | UNDETERMINED | N/A | UNDETERMINED |
| 60.80 | PATENT - US - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.63/489,629 | UNDETERMINED | N/A | UNDETERMINED |
| 60.81 | PATENT - US - COMBINATION THERAPIES COMPRISING MYC MODULATORS AND CHECKPOINT INHIBITORS - APPLICATION NO.63/371,970 | UNDETERMINED | N/A | UNDETERMINED |
| 60.82 | PATENT - US - COMBINATION THERAPIES COMPRISING MYC MODULATORS AND CHECKPOINT INHIBITORS - APPLICATION NO.63/376,386 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.83 | PATENT - US - COMBINATION THERAPIES COMPRISING MYC MODULATORS AND CHECKPOINT INHIBITORS - APPLICATION NO.63/481,073 | UNDETERMINED | N/A | UNDETERMINED |
| 60.84 | PATENT - US - COMBINATION THERAPIES COMPRISING MYC MODULATORS AND CHECKPOINT INHIBITORS - APPLICATION NO.63/489,633 | UNDETERMINED | N/A | UNDETERMINED |
| 60.85 | PATENT - US - COMBINATION THERAPIES COMPRISING MYC MODULATORS AND CHECKPOINT INHIBITORS - APPLICATION NO.63/501,890 | UNDETERMINED | N/A | UNDETERMINED |
| 60.86 | PATENT - US - COMPOSITIONS AND METHODS FOR CELL DELIVERY - APPLICATION NO.16/346,684 | UNDETERMINED | N/A | UNDETERMINED |
| 60.87 | PATENT - US - COMPOSITIONS AND METHODS FOR CELL DELIVERY - APPLICATION NO.17/835,659 | UNDETERMINED | N/A | UNDETERMINED |
| 60.88 | PATENT - US - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.18/246,480 | UNDETERMINED | N/A | UNDETERMINED |
| 60.89 | PATENT - US - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.18/028,975 | UNDETERMINED | N/A | UNDETERMINED |
| 60.90 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.17/701325 | UNDETERMINED | N/A | UNDETERMINED |
| 60.91 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.62/904,325 | UNDETERMINED | N/A | UNDETERMINED |
| 60.92 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING CXCL9, CXCL10, AND CXCL11 GENE EXPRESSION - APPLICATION NO.63/468,458 | UNDETERMINED | N/A | UNDETERMINED |
| 60.93 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING FORKHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.17/929,828 | UNDETERMINED | N/A | UNDETERMINED |
| 60.94 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING FORKHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.62/988,044 | UNDETERMINED | N/A | UNDETERMINED |
| 60.95 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING GENOMIC COMPLEX INTEGRITY INDEX - APPLICATION NO.17/754,050 | UNDETERMINED | N/A | UNDETERMINED |
| 60.96 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4A) GENE EXPRESSION - APPLICATION NO.17/029,820 | UNDETERMINED | N/A | UNDETERMINED |
| 60.97 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4A) GENE EXPRESSION - APPLICATION NO.62/904,178 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    **Omega Therapeutics, Inc.**
_____    Case number (*if known*)    **25-10211**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.98 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4ALPHA) GENE EXPRESSION - APPLICATION NO.18/637,630 | UNDETERMINED | N/A | UNDETERMINED |
| 60.99 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.18/257,483 | UNDETERMINED | N/A | UNDETERMINED |
| 60.100 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.63/125,833 | UNDETERMINED | N/A | UNDETERMINED |
| 60.101 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.63/137,097 | UNDETERMINED | N/A | UNDETERMINED |
| 60.102 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.63/212,991 | UNDETERMINED | N/A | UNDETERMINED |
| 60.103 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.63/281,022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.104 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING SFRP1 GENE EXPRESSION - APPLICATION NO.18/405,286 | UNDETERMINED | N/A | UNDETERMINED |
| 60.105 | PATENT - US - COMPOSITIONS AND METHODS FOR MODULATING SFRP1 GENE EXPRESSION - APPLICATION NO.63/219,153 | UNDETERMINED | N/A | UNDETERMINED |
| 60.106 | PATENT - US - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.63/325,524 | UNDETERMINED | N/A | UNDETERMINED |
| 60.107 | PATENT - US - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.63/379,849 | UNDETERMINED | N/A | UNDETERMINED |
| 60.108 | PATENT - US - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.63/478,855 | UNDETERMINED | N/A | UNDETERMINED |
| 60.109 | PATENT - US - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO.63/366,833 | UNDETERMINED | N/A | UNDETERMINED |
| 60.110 | PATENT - US - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO.63/377,148 | UNDETERMINED | N/A | UNDETERMINED |
| 60.111 | PATENT - US - HETEROCYCLE RING CATIONIC LIPIDS FOR DELIVERY OF THERAPEUTIC AGENTS - APPLICATION NO.63/378,043 | UNDETERMINED | N/A | UNDETERMINED |
| 60.112 | PATENT - US - HETEROCYCLE RING CATIONIC LIPIDS FOR DELIVERY OF THERAPEUTIC AGENTS - APPLICATION NO.63/380,218 | UNDETERMINED | N/A | UNDETERMINED |
| 60.113 | PATENT - US - HETEROCYCLE RING CATIONIC LIPIDS FOR DELIVERY OF THERAPEUTIC AGENTS - APPLICATION NO.63/380,470 | UNDETERMINED | N/A | UNDETERMINED |
| 60.114 | PATENT - US - IONIZABLE CATIONIC LIPIDS FOR DELIVERY OF THERAPEUTIC AGENTS - APPLICATION NO.63/380,214 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | Omega Therapeutics, Inc. | Case number (*if known*) | 25-10211 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.115 | PATENT - US - KINASE INHIBITORS AND PARTICLES COMPRISING MYC MODULATORS - APPLICATION NO.63/615,073 | UNDETERMINED | N/A | UNDETERMINED |
| 60.116 | PATENT - US - LIPID-LIKE SUBSTITUTED ARYL AND HETEROARYL COMPOUNDS AS LIPID NANOPARTICLE (LNP) DELIVERY MATERIALS AND THERAPEUTIC USES THEREOF - APPLICATION NO.63/494,871 | UNDETERMINED | N/A | UNDETERMINED |
| 60.117 | PATENT - US - LIPIDS FOR DELIVERY OF THERAPEUTIC AGENTS - APPLICATION NO.63/344162 | UNDETERMINED | N/A | UNDETERMINED |
| 60.118 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING CTNNB1 EXPRESSION - APPLICATION NO.63/514,488 | UNDETERMINED | N/A | UNDETERMINED |
| 60.119 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.17/754,051 | UNDETERMINED | N/A | UNDETERMINED |
| 60.120 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.62/904,391 | UNDETERMINED | N/A | UNDETERMINED |
| 60.121 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.15/821,632 | UNDETERMINED | N/A | UNDETERMINED |
| 60.122 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.16/155,688 | UNDETERMINED | N/A | UNDETERMINED |
| 60.123 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.17/698,912 | UNDETERMINED | N/A | UNDETERMINED |
| 60.124 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.17/698,917 | UNDETERMINED | N/A | UNDETERMINED |
| 60.125 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING METHYLATION OF A TARGET GENE - APPLICATION NO.63/502,581 | UNDETERMINED | N/A | UNDETERMINED |
| 60.126 | PATENT - US - METHODS AND COMPOSITIONS FOR MODULATING PCSK9 - APPLICATION NO.63/502,590 | UNDETERMINED | N/A | UNDETERMINED |
| 60.127 | PATENT - US - METHODS FOR ASSESSING DOSAGE FOR EPIGENETIC MODIFYING AGENTS - APPLICATION NO.63/539,057 | UNDETERMINED | N/A | UNDETERMINED |
| 60.128 | PATENT - US - METHODS FOR ASSESSING DOSAGE FOR EPIGENETIC MODIFYING AGENTS - APPLICATION NO.63/574,657 | UNDETERMINED | N/A | UNDETERMINED |
| 60.129 | PATENT - US - METHODS FOR ASSESSING DOSAGE FOR EPIGENETIC MODIFYING AGENTS - APPLICATION NO.63/599,748 | UNDETERMINED | N/A | UNDETERMINED |
| 60.130 | PATENT - US - METHODS OF ALTERING GENE EXPRESSION BY PERTURBING TRANSCRIPTION FACTOR MULTIMERS THAT STRUCTURE REGULATORY LOOPS - APPLICATION NO.16/476,868 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.131 | PATENT - US - METHODS OF ALTERING GENE EXPRESSION BY PERTURBING TRANSCRIPTION FACTOR MULTIMERS THAT STRUCTURE REGULATORY LOOPS - APPLICATION NO.18/540,829 | UNDETERMINED | N/A | UNDETERMINED |
| 60.132 | PATENT - US - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.16/326,700 | UNDETERMINED | N/A | UNDETERMINED |
| 60.133 | PATENT - US - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.17/858,758 | UNDETERMINED | N/A | UNDETERMINED |
| 60.134 | PATENT - US - REGULATION OF TRANSCRIPTION THROUGH CTCF LOOP ANCHORS - APPLICATION NO.18/329,541 | UNDETERMINED | N/A | UNDETERMINED |
| 60.135 | PATENT - US - SUBSTITUTED PIPERAZINE IONIZABLE LIPIDS USEFUL FOR THERAPEUTIC LIPID NANOPARTICLE (LNP) DELIVERY - APPLICATION NO.63/494,872 | UNDETERMINED | N/A | UNDETERMINED |
| 60.136 | PATENT - US - SUBSTITUTED PIPERAZINE IONIZABLE LIPIDS USEFUL FOR THERAPEUTIC LIPID NANOPARTICLE (LNP) DELIVERY - APPLICATION NO.63/624,550 | UNDETERMINED | N/A | UNDETERMINED |
| 60.137 | PATENT - US - TISSUE SPECIFIC NUCLEIC ACID DELIVERY BY DOTAP LIPID NANOPARTICLES - APPLICATION NO.63/127,812 | UNDETERMINED | N/A | UNDETERMINED |
| 60.138 | PATENT - US - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY 1,2-DIOLEOYL-3-TRIMETHYLAMMONIUM-PROPANE (DOTAP) LIPID NANOPARTICLES - APPLICATION NO.18/255,906 | UNDETERMINED | N/A | UNDETERMINED |
| 60.139 | PATENT - US - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.18/556,563 | UNDETERMINED | N/A | UNDETERMINED |
| 60.140 | PATENT - US - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.63/178,050 | UNDETERMINED | N/A | UNDETERMINED |
| 60.141 | PATENT - WO - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.PCT/US2023/068894 | UNDETERMINED | N/A | UNDETERMINED |
| 60.142 | PATENT - WO - COMBINATION THERAPIES COMPRISING MYC MODULATORS AND CHECKPOINT INHIBITORS - APPLICATION NO.PCT/US2023/072481 | UNDETERMINED | N/A | UNDETERMINED |
| 60.143 | PATENT - WO - COMPOSITIONS AND METHODS FOR CELL DELIVERY - APPLICATION NO.PCT/US2017/059610 | UNDETERMINED | N/A | UNDETERMINED |
| 60.144 | PATENT - WO - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.PCT/US2021/051945 | UNDETERMINED | N/A | UNDETERMINED |
| 60.145 | PATENT - WO - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.PCT/US2021/052720 | UNDETERMINED | N/A | UNDETERMINED |
| 60.146 | PATENT - WO - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.PCT/US2020/052119 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    **Omega Therapeutics, Inc.**

_____    Case number (*if known*)    **25-10211**

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.147 | PATENT - WO - COMPOSITIONS AND METHODS FOR MODULATING CXCL9, CXCL10, AND CXCL11 GENE EXPRESSION - APPLICATION NO.PCT/US2024/030840 | UNDETERMINED | N/A | UNDETERMINED |
| 60.148 | PATENT - WO - COMPOSITIONS AND METHODS FOR MODULATING FORKHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.PCT/US2021/021825 | UNDETERMINED | N/A | UNDETERMINED |
| 60.149 | PATENT - WO - COMPOSITIONS AND METHODS FOR MODULATING GENOMIC COMPLEX INTEGRITY INDEX - APPLICATION NO.PCT/US2020/051988 | UNDETERMINED | N/A | UNDETERMINED |
| 60.150 | PATENT - WO - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4A) GENE EXPRESSION - APPLICATION NO.PCT/US2020/052275 | UNDETERMINED | N/A | UNDETERMINED |
| 60.151 | PATENT - WO - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.PCT/US2021/010059 | UNDETERMINED | N/A | UNDETERMINED |
| 60.152 | PATENT - WO - COMPOSITIONS AND METHODS FOR MODULATING SFRP1 GENE EXPRESSION - APPLICATION NO.PCT/US2022/036389 | UNDETERMINED | N/A | UNDETERMINED |
| 60.153 | PATENT - WO - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.PCT/US2023/065108 | UNDETERMINED | N/A | UNDETERMINED |
| 60.154 | PATENT - WO - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO.PCT/US2023/068892 | UNDETERMINED | N/A | UNDETERMINED |
| 60.155 | PATENT - WO - LIPID-LIKE SUBSTITUTED ARYL AND HETEROARYL COMPOUNDS AS LIPID NANOPARTICLE (LNP) DELIVERY MATERIALS AND THERAPEUTIC USES THEREOF - APPLICATION NO.PCT/US2024/023494 | UNDETERMINED | N/A | UNDETERMINED |
| 60.156 | PATENT - WO - LIPIDS FOR DELIVERY OF THERAPEUTIC AGENTS - APPLICATION NO.PCT/US23/67206 | UNDETERMINED | N/A | UNDETERMINED |
| 60.157 | PATENT - WO - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.PCT/US2020/52101 | UNDETERMINED | N/A | UNDETERMINED |
| 60.158 | PATENT - WO - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.PCT/US2017/050553 | UNDETERMINED | N/A | UNDETERMINED |
| 60.159 | PATENT - WO - METHODS AND COMPOSITIONS FOR MODULATING METHYLATION OF A TARGET GENE - APPLICATION NO.PCT/US2024/029576 | UNDETERMINED | N/A | UNDETERMINED |
| 60.160 | PATENT - WO - METHODS AND COMPOSITIONS FOR MODULATING PCSK9 EXPRESSION - APPLICATION NO.PCT/US2024/029573 | UNDETERMINED | N/A | UNDETERMINED |
| 60.161 | PATENT - WO - PHOSPHOLIPIDS CONTAINING A HETEROCYCLE RING HAVING A TERTIARY AMINE OR AMIDE - APPLICATION NO.PCT/US2023/075535 | UNDETERMINED | N/A | UNDETERMINED |

Debtor **Omega Therapeutics, Inc.**
Name

Case number (*if known*) **25-10211**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.162 | PATENT - WO - TISSUE SPECIFIC NUCLEIC ACID DELIVERY BY DOTAP LIPID NANOPARTICLES - APPLICATION NO.PCT/US2021/063555 | UNDETERMINED | N/A | UNDETERMINED |
| 60.163 | PATENT - WO - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.PCT/US2022/025674 | UNDETERMINED | N/A | UNDETERMINED |
| 60.164 | PATENT PENDING - AU - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.2023289663 | UNDETERMINED | N/A | UNDETERMINED |
| 60.165 | PATENT PENDING - AU - COMPOSITIONS AND METHODS FOR INHIBITING THE EXPRESSION OF MULTIPLE GENES - APPLICATION NO.2021354159 | UNDETERMINED | N/A | UNDETERMINED |
| 60.166 | PATENT PENDING - AU - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.2020355000 | UNDETERMINED | N/A | UNDETERMINED |
| 60.167 | PATENT PENDING - AU - COMPOSITIONS AND METHODS FOR MODULATING FORKHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.2021234302 | UNDETERMINED | N/A | UNDETERMINED |
| 60.168 | PATENT PENDING - AU - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4A) GENE EXPRESSION - APPLICATION NO.2020352552 | UNDETERMINED | N/A | UNDETERMINED |
| 60.169 | PATENT PENDING - AU - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.2023243459 | UNDETERMINED | N/A | UNDETERMINED |
| 60.170 | PATENT PENDING - AU - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.2020352984 | UNDETERMINED | N/A | UNDETERMINED |
| 60.171 | PATENT PENDING - AU - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.2024203956 | UNDETERMINED | N/A | UNDETERMINED |
| 60.172 | PATENT PENDING - AU - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.2024201913 | UNDETERMINED | N/A | UNDETERMINED |
| 60.173 | PATENT PENDING - AU - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY 1,2-DIOLEOYL-3-TRIMETHYLAMMONIUM-PROPANE (DOTAP) LIPID NANOPARTICLES - APPLICATION NO.2021400582 | UNDETERMINED | N/A | UNDETERMINED |
| 60.174 | PATENT PENDING - AU - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.2022262355 | UNDETERMINED | N/A | UNDETERMINED |
| 60.175 | PATENT PENDING - CA - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.3258422 | UNDETERMINED | N/A | UNDETERMINED |
| 60.176 | PATENT PENDING - CA - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO. | UNDETERMINED | N/A | UNDETERMINED |
| 60.177 | PATENT PENDING - CN - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.202380049327.5 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.178 | PATENT PENDING - CN - COMPOSITIONS AND METHODS FOR MODULATING HEPATOCYTE NUCLEAR FACTOR 4-ALPHA (HNF4ALPHA) GENE EXPRESSION - APPLICATION NO.202080066673.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.179 | PATENT PENDING - CN - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO.202380049337.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.180 | PATENT PENDING - EP - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.23828047.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.181 | PATENT PENDING - EP - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO.23828045.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.182 | PATENT PENDING - HK - COMPOSITIONS AND METHODS FOR MODULATING APOLIPOPROTEIN B (APOB) GENE EXPRESSION - APPLICATION NO.62023067280.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.183 | PATENT PENDING - HK - COMPOSITIONS AND METHODS FOR MODULATING FORHEAD BOX P3 (FOXP3) GENE EXPRESSION - APPLICATION NO.62023072403.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.184 | PATENT PENDING - HK - METHODS AND COMPOSITIONS FOR MODULATING FRATAXIN EXPRESSION AND TREATING FRIEDRICH'S ATAXIA - APPLICATION NO.62023067484.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.185 | PATENT PENDING - HK - METHODS AND COMPOSITIONS FOR MODULATING GENE EXPRESSION - APPLICATION NO.62020001268.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.186 | PATENT PENDING - HK - METHODS OF ALTERING GENE EXPRESSION BY PERTURBING TRANSCRIPTION FACTOR MULTIMERS THAT STRUCTURE REGULATORY LOOPS - APPLICATION NO.42024088115.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.187 | PATENT PENDING - HK - REGULATION OF TRANSCRIPTION THROUGH CTCF LOOP ANCHORS - APPLICATION NO.62020005840.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.188 | PATENT PENDING - HK - TISSUE-SPECIFIC NUCLEIC ACID DELIVERY BY MIXED CATIONIC LIPID PARTICLES - APPLICATION NO.62024095881.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.189 | PATENT PENDING - JP - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.2024-574555 | UNDETERMINED | N/A | UNDETERMINED |
| 60.190 | PATENT PENDING - JP - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.2024-558018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.191 | PATENT PENDING - JP - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO. | UNDETERMINED | N/A | UNDETERMINED |
| 60.192 | PATENT PENDING - KR - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO. | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.193 | PATENT PENDING - SG - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.11202302165X | UNDETERMINED | N/A | UNDETERMINED |
| 60.194 | PATENT PENDING - SG - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.11202304409Q | UNDETERMINED | N/A | UNDETERMINED |
| 60.195 | PATENT PENDING - TW - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.112112099 | UNDETERMINED | N/A | UNDETERMINED |
| 60.196 | PATENT PENDING - TW - LIPIDS FOR DELIVERY OF THERAPEUTIC AGENTS - APPLICATION NO.112118556 | UNDETERMINED | N/A | UNDETERMINED |
| 60.197 | PATENT PENDING - US - CATIONIC LIPID NANOPARTICLES FOR INTRATRACHEAL DELIVERY - APPLICATION NO.63/626,133 | UNDETERMINED | N/A | UNDETERMINED |
| 60.198 | PATENT PENDING - US - COMBINATION THERAPIES COMPRISING MYC MODULATION - APPLICATION NO.18/877,552 | UNDETERMINED | N/A | UNDETERMINED |
| 60.199 | PATENT PENDING - US - COMPOSITIONS AND METHODS FOR GENOMIC MODULATION - APPLICATION NO.63/697,099 | UNDETERMINED | N/A | UNDETERMINED |
| 60.200 | PATENT PENDING - US - COMPOSITIONS AND METHODS FOR INCREASING CXCL9 AND CXCL10 GENE EXPRESSION - APPLICATION NO.63/664,585 | UNDETERMINED | N/A | UNDETERMINED |
| 60.201 | PATENT PENDING - US - COMPOSITIONS AND METHODS FOR INCREASING CXCL9 AND CXCL10 GENE EXPRESSION - APPLICATION NO.63/710,739 | UNDETERMINED | N/A | UNDETERMINED |
| 60.202 | PATENT PENDING - US - CXCL-MODULATING COMPOSITIONS AND METHODS - APPLICATION NO.18/852,300 | UNDETERMINED | N/A | UNDETERMINED |
| 60.203 | PATENT PENDING - US - EPIGENETIC MODULATION FOR GENE REGULATION - APPLICATION NO.63/643,717 | UNDETERMINED | N/A | UNDETERMINED |
| 60.204 | PATENT PENDING - US - EPIGENETIC MODULATION FOR GENE REGULATION - APPLICATION NO.63/701,036 | UNDETERMINED | N/A | UNDETERMINED |
| 60.205 | PATENT PENDING - US - EPIGENETIC MODULATION FOR UPREGULATION OF GENES - APPLICATION NO.63/643,712 | UNDETERMINED | N/A | UNDETERMINED |
| 60.206 | PATENT PENDING - US - FAT-TARGETING LIPID NANOPARTICLES - APPLICATION NO.63/567,087 | UNDETERMINED | N/A | UNDETERMINED |
| 60.207 | PATENT PENDING - US - FORMULATIONS FOR MODULATING MYC EXPRESSION - APPLICATION NO.18/877,408 | UNDETERMINED | N/A | UNDETERMINED |
| 60.208 | PATENT PENDING - US - LIPID NANOPARTICLE FORMULATIONS FOR EFFECTIVE IN VIVO DELIVERY OF NUCLEIC ACID PAYLOADS - APPLICATION NO.63/705,475 | UNDETERMINED | N/A | UNDETERMINED |
| 60.209 | PATENT PENDING - US - LIPID NANOPARTICLES FOR TOPICAL DELIVERY - APPLICATION NO.63/655,260 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.210 | PATENT PENDING - US - LIPIDS FOR DELIVERY OF THERAPEUTIC AGENTS - APPLICATION NO.18/867,152 | UNDETERMINED | N/A | UNDETERMINED |
| 60.211 | PATENT PENDING - US - METHODS AND COMPOSITIONS FOR MODULATING EPCAM EXPRESSION - APPLICATION NO.63/692,779 | UNDETERMINED | N/A | UNDETERMINED |
| 60.212 | PATENT PENDING - US - METHODS AND COMPOSITIONS FOR MODULATING FGF21 EXPRESSION - APPLICATION NO.63/737,907 | UNDETERMINED | N/A | UNDETERMINED |
| 60.213 | PATENT PENDING - US - METHODS AND COMPOSITIONS FOR MODULATING KRAS EXPRESSION - APPLICATION NO.63/672,441 | UNDETERMINED | N/A | UNDETERMINED |
| 60.214 | PATENT PENDING - US - METHODS AND COMPOSITIONS FOR MODULATING ZNF423 EXPRESSION - APPLICATION NO.63/706,363 | UNDETERMINED | N/A | UNDETERMINED |
| 60.215 | PATENT PENDING - US - METHODS AND COMPOSITIONS FOR MODULATING ZNF423 EXPRESSION - APPLICATION NO.63/720,300 | UNDETERMINED | N/A | UNDETERMINED |
| 60.216 | PATENT PENDING - US - METHODS AND COMPOSITIONS FOR TREATING NUCLEOTIDE REPEAT DISORDERS - APPLICATION NO.63/615,564 | UNDETERMINED | N/A | UNDETERMINED |
| 60.217 | PATENT PENDING - US - METHODS FOR TREATING CANCER WITH EPIGENETIC MODIFYING AGENTS - APPLICATION NO.63/571,283 | UNDETERMINED | N/A | UNDETERMINED |
| 60.218 | PATENT PENDING - US - METHODS OF EDITING DNA METHYLATION - APPLICATION NO.18/773,428 | UNDETERMINED | N/A | UNDETERMINED |
| 60.219 | PATENT PENDING - US - SUBSTITUTED ARYL LIPIDS AND COMPOSITIONS AND USES - APPLICATION NO.63/705,230 | UNDETERMINED | N/A | UNDETERMINED |
| 60.220 | PATENT PENDING - WO - KINASE INHIBITORS AND PARTICLES COMPRISING MYC MODULATORS - APPLICATION NO.PCT/US2024/061926 | UNDETERMINED | N/A | UNDETERMINED |
| 60.221 | PATENT PENDING - WO - METHODS AND COMPOSITIONS FOR MODULATING CTNNB1 EXPRESSION - APPLICATION NO.PCT/US2024/038677 | UNDETERMINED | N/A | UNDETERMINED |
| 60.222 | PATENT PENDING - WO - METHODS FOR ASSESSING DOSAGE FOR EPIGENETIC MODIFYING AGENTS - APPLICATION NO.PCT/US2024/047157 | UNDETERMINED | N/A | UNDETERMINED |
| 60.223 | PATENT PENDING - ZA - COMPOSITIONS AND METHODS FOR INHIBITING GENE EXPRESSION - APPLICATION NO.2023/03740 | UNDETERMINED | N/A | UNDETERMINED |
| 60.224 | PATENT PENDING - ZA - COMPOSITIONS AND METHODS FOR MODULATING MYC EXPRESSION - APPLICATION NO.2023/06087 | UNDETERMINED | N/A | UNDETERMINED |
| 60.225 | TRADEMARK - AUSTRALIA - MYCHELANGELO - SERIAL NO.2342140 | UNDETERMINED | N/A | UNDETERMINED |
| 60.226 | TRADEMARK - CANADA - MYCHELANGELO - SERIAL NO.2245778 - PENDING | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.227 | TRADEMARK - CANADA - OEC - SERIAL NO.2154682 - PENDING | UNDETERMINED | N/A | UNDETERMINED |
| 60.228 | TRADEMARK - CANADA - OMEGA - SERIAL NO.1901916 | UNDETERMINED | N/A | UNDETERMINED |
| 60.229 | TRADEMARK - CANADA - OMEGA THERAPEUTICS - SERIAL NO.1845704 | UNDETERMINED | N/A | UNDETERMINED |
| 60.230 | TRADEMARK - CHINA - MYCHELANGELO - SERIAL NO.1719228 | UNDETERMINED | N/A | UNDETERMINED |
| 60.231 | TRADEMARK - CHINA - OMEGA EPIGENOMIC CONTROLLER - SERIAL NO.1587086 | UNDETERMINED | N/A | UNDETERMINED |
| 60.232 | TRADEMARK - EUROPEAN UNION - MYCHELANGELO - SERIAL NO.1719228 | UNDETERMINED | N/A | UNDETERMINED |
| 60.233 | TRADEMARK - EUROPEAN UNION - OEC - SERIAL NO.1632956 | UNDETERMINED | N/A | UNDETERMINED |
| 60.234 | TRADEMARK - EUROPEAN UNION - OMEGA - SERIAL NO.1414006 | UNDETERMINED | N/A | UNDETERMINED |
| 60.235 | TRADEMARK - EUROPEAN UNION - OMEGA EPIGENOMIC CONTROLLER - SERIAL NO.1587086 | UNDETERMINED | N/A | UNDETERMINED |
| 60.236 | TRADEMARK - INT'L REGISTRATION - MADRID PROTOCOL ONLY - MYCHELANGELO - SERIAL NO.A0130074 | UNDETERMINED | N/A | UNDETERMINED |
| 60.237 | TRADEMARK - INT'L REGISTRATION - MADRID PROTOCOL ONLY - OEC - SERIAL NO.A0116157 | UNDETERMINED | N/A | UNDETERMINED |
| 60.238 | TRADEMARK - INT'L REGISTRATION - MADRID PROTOCOL ONLY - OMEGA - SERIAL NO.A0076262 | UNDETERMINED | N/A | UNDETERMINED |
| 60.239 | TRADEMARK - INT'L REGISTRATION - MADRID PROTOCOL ONLY - OMEGA EPIGENOMIC CONTROLLER - SERIAL NO.A0106240 | UNDETERMINED | N/A | UNDETERMINED |
| 60.240 | TRADEMARK - INT'L REGISTRATION - MADRID PROTOCOL ONLY - PRECISION GENOMIC CONTROL - SERIAL NO.A0096103 | UNDETERMINED | N/A | UNDETERMINED |
| 60.241 | TRADEMARK - ISRAEL - OMEGA - SERIAL NO.1414006 | UNDETERMINED | N/A | UNDETERMINED |
| 60.242 | TRADEMARK - JAPAN - MYCHELANGELO - SERIAL NO.1719228 | UNDETERMINED | N/A | UNDETERMINED |
| 60.243 | TRADEMARK - JAPAN - OEC - SERIAL NO.1632956 | UNDETERMINED | N/A | UNDETERMINED |
| 60.244 | TRADEMARK - JAPAN - OMEGA - SERIAL NO.1414006 | UNDETERMINED | N/A | UNDETERMINED |
| 60.245 | TRADEMARK - JAPAN - OMEGA EPIGENOMIC CONTROLLER - SERIAL NO.1587086 | UNDETERMINED | N/A | UNDETERMINED |
| 60.246 | TRADEMARK - SWITZERLAND - OEC - SERIAL NO.1632956 | UNDETERMINED | N/A | UNDETERMINED |
| 60.247 | TRADEMARK - SWITZERLAND - OMEGA EPIGENOMIC CONTROLLER - SERIAL NO.1587086 | UNDETERMINED | N/A | UNDETERMINED |
| 60.248 | TRADEMARK - SWITZERLAND - PRECISION GENOMIC CONTROL - SERIAL NO.1536211 | UNDETERMINED | N/A | UNDETERMINED |
| 60.249 | TRADEMARK - UNITED KINGDOM - GENOMSTAT - SERIAL NO.1536424 | UNDETERMINED | N/A | UNDETERMINED |

Debtor  **Omega Therapeutics, Inc.**                                Case number (*if known*) **25-10211**
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.250 | TRADEMARK - UNITED KINGDOM - MYCHELANGELO - SERIAL NO.1719228 | UNDETERMINED | N/A | UNDETERMINED |
| 60.251 | TRADEMARK - UNITED KINGDOM - NATIVE GENE THERAPY - SERIAL NO.1660577 | UNDETERMINED | N/A | UNDETERMINED |
| 60.252 | TRADEMARK - UNITED KINGDOM - OEC - SERIAL NO.1632956 | UNDETERMINED | N/A | UNDETERMINED |
| 60.253 | TRADEMARK - UNITED KINGDOM - OMEGA - SERIAL NO.1414006 | UNDETERMINED | N/A | UNDETERMINED |
| 60.254 | TRADEMARK - UNITED KINGDOM - OMEGA CONTROLLERS - SERIAL NO.1530607 | UNDETERMINED | N/A | UNDETERMINED |
| 60.255 | TRADEMARK - UNITED KINGDOM - OMEGA EPIGENOMIC CONTROLLER - SERIAL NO.1587086 | UNDETERMINED | N/A | UNDETERMINED |
| 60.256 | TRADEMARK - UNITED KINGDOM - OMEGA THERAPEUTICS - SERIAL NO.1360307 | UNDETERMINED | N/A | UNDETERMINED |
| 60.257 | TRADEMARK - UNITED KINGDOM - PRECISION GENOMIC CONTROL - SERIAL NO.1536211 | UNDETERMINED | N/A | UNDETERMINED |
| 60.258 | TRADEMARK - UNITED STATES OF AMERICA - MYCHELANGELO - SERIAL NO.97/438108 | UNDETERMINED | N/A | UNDETERMINED |
| 60.259 | TRADEMARK - UNITED STATES OF AMERICA - OEC - SERIAL NO.90/708918 | UNDETERMINED | N/A | UNDETERMINED |
| 60.260 | TRADEMARK - UNITED STATES OF AMERICA - OMEGA - SERIAL NO.87/730926 | UNDETERMINED | N/A | UNDETERMINED |
| 60.261 | TRADEMARK - UNITED STATES OF AMERICA - OMEGA - SERIAL NO.87/981874 | UNDETERMINED | N/A | UNDETERMINED |
| 60.262 | TRADEMARK - UNITED STATES OF AMERICA - OMEGA EPIGENOMIC CONTROLLER - SERIAL NO.90/171486 | UNDETERMINED | N/A | UNDETERMINED |
| 60.263 | TRADEMARK - UNITED STATES OF AMERICA - OMEGA THERAPEUTICS - SERIAL NO.98/377106 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **Internet domain names and websites** | | |
| 61.1 | DOMAIN: HTTPS://OMEGATHERAPEUTICS.COM/ | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.1 | | | | $0.00 |

Debtor    **Omega Therapeutics, Inc.**                                    Case number (*if known*)    **25-10211**
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.**   **Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.**   **Goodwill** | | | |
| 65.1 | | | $0.00 |

**66.**   **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

> **Undetermined**

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

    ■ No.
    ☐ Yes.

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☐ No.
    ■ Yes.

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No.
    ☐ Yes.

| Debtor | **Omega Therapeutics, Inc.** | Case number (*if known*) | **25-10211** |
|---|---|---|---|
| | Name | | |

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | | | |
| 71.1 | | Total face amount | doubtful or uncollectible amount | | $0.00 |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | | |
| 72.1 | FEDERAL UNUSED NET OPERATING LOSSES (NOL) | Tax year | 2016 | $132,484.00 |
| 72.2 | FEDERAL UNUSED NET OPERATING LOSSES (NOL) | Tax year | 2017 | $5,341,320.00 |
| 72.3 | FEDERAL UNUSED NET OPERATING LOSSES (NOL) | Tax year | 2018 | $13,173,965.00 |
| 72.4 | FEDERAL UNUSED NET OPERATING LOSSES (NOL) | Tax year | 2019 | $16,712,373.00 |
| 72.5 | FEDERAL UNUSED NET OPERATING LOSSES (NOL) | Tax year | 2020 | $28,287,193.00 |
| 72.6 | FEDERAL UNUSED NET OPERATING LOSSES (NOL) | Tax year | 2021 | $62,038,410.00 |
| 72.7 | FEDERAL UNUSED NET OPERATING LOSSES (NOL) | Tax year | 2022 | $25,951,364.00 |
| 72.8 | FEDERAL UNUSED NET OPERATING LOSSES (NOL) | Tax year | 2023 | $37,197,854.00 |

| | | Current value of debtor's interest |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 73.1 | | $0.00 |

| | | Current value of debtor's interest |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | | $0.00 |

Debtor  **Omega Therapeutics, Inc.**                                    Case number (*if known*)  **25-10211**
_____
Name

|  | Current value of debtor's interest |
|---|---|
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| 76. **Trusts, equitable or future interests in property** | |
| 76.1 | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| 77. **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | DRUG PRODUCT HELD BY CATALENT PHARMA SOLUTIONS LLC | UNDETERMINED |
| 77.2 | DRUG PRODUCT HELD BY DAVOSPHARMA | UNDETERMINED |
| 77.3 | DRUG PRODUCT HELD BY POLYMUN SCIENTIFIC | UNDETERMINED |
| 77.4 | DRUG PRODUCT HELD BY SCISAFE, INC. | UNDETERMINED |
| 77.5 | DRUG PRODUCT HELD BY SGS CANADA INC. | UNDETERMINED |
| 77.6 | DRUG SUBSTANCE HELD BY ALDEVRON LLC | UNDETERMINED |
| 77.7 | ROU ASSET | $107,720,913.87 |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$296,555,876.87 plus undetermined amounts.** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

Debtor    **Omega Therapeutics, Inc.** _____    Case number (*if known*) __25-10211__
<br>Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $446,564.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,748,295.77 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,618,440.47 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,263,308.09 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................................> | | Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $296,555,876.87 plus undetermined amounts. | |
| 91. **Total. Add lines 80 through 90 for each column** | $308,632,485.77 plus undetermined amounts. +91b. | Undetermined |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $308,632,485.77 plus undetermined amounts. |

**Fill in this information to identify the case:**

Debtor name **Omega Therapeutics, Inc.**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)    **25-10211**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- | --- | --- |
| 2.1 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $1,500,000.00 | UNDETERMINED |
| | PM (NN) EXPLORATIONS, INC. C/O FLAGSHIP PIONEERING 55 CAMBRIDGE PKWY, SUITE 800E CAMBRIDGE MA 02142 | ALL ASSETS **Describe the lien** PREPETITION SECURED LOAN | | |
| | **Secured creditor's email address** | **Is the creditor an insider or related party?** ☐ No ■ Yes | | |
| | **Date debt was incurred** 2/3/2025 | **Is anyone else liable on this claim?** ■ No ☐ Yes Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

Debtor  **Omega Therapeutics, Inc.**  Case number (if known) **25-10211**
_____
Name

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.2 | **Secured creditor name and mailing address**<br><br>THERMO FISHER FINANCIAL SERVICES, INC.<br>168 THIRD AVE<br>WALTHAM MA 02451 | **Describe debtor's property that is subject to a lien**<br><br>ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER CONTRACT NUMBER 2000-0007938-VC: | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor's email address**

**Describe the lien**

UCC INITIAL FILING NO: 2023 8126848

**Date debt was incurred**

**Is the creditor an insider or related party?**

12/1/2023

■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Secured creditor name and mailing address**<br><br>THERMO FISHER FINANCIAL SERVICES, INC.<br>168 THIRD AVE<br>WALTHAM MA 02451 | **Describe debtor's property that is subject to a lien**<br><br>ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER CONTRACT NUMBER 2000-0007939-VC | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor's email address**

**Describe the lien**

ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER CONTRACT NUMBER 2000-0007939-VC: UCC INITIAL FILING NO: 2023 8127275

**Date debt was incurred**

**Is the creditor an insider or related party?**

12/1/2023

■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Debtor  **Omega Therapeutics, Inc.**                                    Case number (if known) **25-10211**
_____
Name

| | | Column A<br>Amount of claim<br><br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.4 | **Secured creditor name and mailing address**<br>THERMO FISHER FINANCIAL SERVICES, INC.<br>168 THIRD AVE<br>WALTHAM MA 02451 | **Describe debtor's property that is subject to a lien**<br>ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER CONTRACT NUMBER 2000-0007940-VC | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor's email address**

**Describe the lien**
UCC INITIAL FILING NO: 2023 8127713

**Date debt was incurred**
12/1/2023

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes  *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| 2.5 | **Secured creditor name and mailing address**<br>THERMO FISHER FINANCIAL SERVICES, INC.<br>168 THIRD AVE<br>WALTHAM MA 02451 | **Describe debtor's property that is subject to a lien**<br>ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER CONTRACT NUMBER 2000-0007941-VC | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor's email address**

**Describe the lien**
UCC INITIAL FILING NO: 2023 8128414

**Date debt was incurred**
12/1/2023

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes  *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Debtor **Omega Therapeutics, Inc.** _____   Case number (if known) **25-10211**
          Name

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.6 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**2.6**

**Secured creditor name and mailing address**

THERMO FISHER FINANCIAL
SERVICES, INC.
168 THIRD AVE
WALTHAM MA 02451

**Secured creditor's email address**

**Date debt was incurred**

12/1/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT OF ANY MAKE OR
MANUFACTURE FINANCED BY OR LEASED TO
DEBTOR BY SECURED PARTY UNDER CONTRACT
NUMBER 2000-0007942-VC

**Describe the lien**

UCC INITIAL FILING NO: 2023 8128422

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes _Fill out Schedule H: Codebtors (Official Form 206H)_

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

**2.7**

**Secured creditor name and mailing address**

THERMO FISHER FINANCIAL
SERVICES, INC.
168 THIRD AVE
WALTHAM MA 02451

**Secured creditor's email address**

**Date debt was incurred**

12/1/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    UNDETERMINED    UNDETERMINED

ALL EQUIPMENT OF ANY MAKE OR
MANUFACTURE FINANCED BY OR LEASED TO
DEBTOR BY SECURED PARTY UNDER CONTRACT
NUMBER 2000-0007943-VC:

**Describe the lien**

UCC INITIAL FILING NO: 2023 8129131

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes _Fill out Schedule H: Codebtors (Official Form 206H)_

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Debtor **Omega Therapeutics, Inc.**                                   Case number (if known) **25-10211**
_____
Name

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.8 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |

**Secured creditor name and mailing address**

THERMO FISHER FINANCIAL SERVICES, INC.
168 THIRD AVE
WALTHAM MA 02451

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER CONTRACT NUMBER 2000-0007946-VC

**Secured creditor's email address**

**Describe the lien**

UCC INITIAL FILING NO: 2023 8130824

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

12/1/2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |

**Secured creditor name and mailing address**

THERMO FISHER FINANCIAL SERVICES, INC.
168 THIRD AVE
WALTHAM MA 02451

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER CONTRACT NUMBER 2000-0007947-VC

**Secured creditor's email address**

**Describe the lien**

UCC INITIAL FILING NO: 2023 8131012

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

12/1/2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. 

**$1,500,000.00 plus undetermined amounts**

Debtor  **Omega Therapeutics, Inc.**                                    Case number (if known) **25-10211**
Name

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| GOODWIN PROCTER LLP<br>100 NORTHERN AVENUE<br>BOSTON MA 02210 | Line 2.1 | |
| THERMO FISHER FINACIAL SERVICES, INC.<br>HILLER LAW, LLC<br>ATTN: ADAM HILLER<br>300 DELAWARE AVENUE<br>SUITE 210, #227<br>WILMINGTON DE 19801 | Line 2.2 | |
| THERMO FISHER FINACIAL SERVICES, INC.<br>TUCKER ARENSBERG, P.C.<br>ATTN: BEVERLY WEISS MANNE, MARIBETH THOMAS<br>1500 ONE PPG PLACE<br><br>PITTSBURGH PA 15222 | Line 2.3 | |

**Fill in this information to identify the case:**

Debtor name **Omega Therapeutics, Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known) **25-10211**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>AMANDA HAHN<br>ADDRESS ON FILE | $5,032.98 | $5,032.98 |

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

■ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | **Priority creditor's name and mailing address**<br><br>AMI JO<br>ADDRESS ON FILE | $4,594.21 | $4,594.21 |

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

■ No
☐ Yes

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.3** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
| --- | --- | --- |
| | $9,469.60 | $9,469.60 |

AMY MCCURLEY
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☑ No
- ☐ Yes

---

**2.4** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
| --- | --- | --- |
| | $23,673.41 | $11,118.96 |

ANTHONY MULLIN
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☑ No
- ☐ Yes

---

**2.5** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
| --- | --- | --- |
| | $28,163.86 | $11,097.54 |

BARBARA CHAN
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☑ No
- ☐ Yes

---

**2.6** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
| --- | --- | --- |
| | $4,710.41 | $4,710.41 |

BENJAMIN TORREY
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☑ No
- ☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | 25-10211 |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.7** **Priority creditor's name and mailing address**

CHARLES O'DONNELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $15,355.81
Priority amount: $10,620.94

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 4

---

**2.8** **Priority creditor's name and mailing address**

CHEVAUN MORRISON-SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,552.70
Priority amount: $4,552.70

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 4

---

**2.9** **Priority creditor's name and mailing address**

CITY OF CAMBRIDGE
OFFICE OF TAX COLLECTOR
CAMBRIDGE MA 02139-9142

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Potential Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 8

---

**2.10** **Priority creditor's name and mailing address**

CITY OF CAMBRIDGE PROPERTY TAX
CLAIRE SPINNER
795 MASSACHUSETTS AVE., 1ST FLOOR
CAMBRIDGE MA 02139

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Potential Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 8

---

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.11** **Priority creditor's name and mailing address**

DANIELA LOPEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $46,217.40  Priority amount: $15,150.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
Employee Compensation

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.12** **Priority creditor's name and mailing address**

DELAWARE FRANCHISE TAX
ATTN: GENERAL COUNSEL
DIVISION OF CORPORATIONS, JOHN G.
TOWNSEND BLDG.
401 FEDERAL STREET,  SUITE 4
DOVER DE 19901

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Potential Tax Liability

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 5509
BINGHAMTON NY 13902-5509

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Potential Tax Liability

**Is the claim subject to offset?**

■ No
☐ Yes

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $296,250.00 | $15,150.00

EVA OTTE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

---

**2.15** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $4,544.27 | $4,544.27

HOUDA BELAGHZAL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

---

**2.16** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | UNDETERMINED | UNDETERMINED

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE., NW
WASHINGTON DC 20224

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Potential Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

**2.17** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $2,183.07 | $2,183.07

JAMIE YUAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.18** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $251,250.00   Priority amount: $15,150.00

JEFF ATKINSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☑ No
☐ Yes

---

**2.19** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $6,975.03   Priority amount: $6,975.03

JENNIFER NELSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☑ No
☐ Yes

---

**2.20** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $5,830.97   Priority amount: $5,830.97

JEREMIAH FARELLI
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☑ No
☐ Yes

---

**2.21** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $238,666.70   Priority amount: $15,150.00

JOHN GRAEME HODGSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☑ No
☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.22** Priority creditor's name and mailing address

JOSEPH NEWMAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$285,000.00**    Priority amount: **$15,150.00**

Date or dates debt was incurred
VARIOUS

Basis for the claim:
Employee Compensation

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 4

☑ No
☐ Yes

---

**2.23** Priority creditor's name and mailing address

JUSTIN CHEN
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$5,066.93**    Priority amount: **$5,066.93**

Date or dates debt was incurred
VARIOUS

Basis for the claim:
Employee Compensation

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 4

☑ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address

KAAN CERTEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$32,957.78**    Priority amount: **$8,651.72**

Date or dates debt was incurred
VARIOUS

Basis for the claim:
Employee Compensation

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 4

☑ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address

KATHLEEN DAVENPORT
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$252,500.00**    Priority amount: **$15,150.00**

Date or dates debt was incurred
VARIOUS

Basis for the claim:
Employee Compensation

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 4

☑ No
☐ Yes

---

Debtor  **Omega Therapeutics, Inc.** _____ Case number (if known)  **25-10211**
Name

| | Total claim | Priority amount |
|---|---|---|

**2.26**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,171.26 | $2,171.26

LAUREN  BEECH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

■ No
☐ Yes

---

**2.27**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$10,699.50 | $10,699.50

LAUREN MARRINE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

■ No
☐ Yes

---

**2.28**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$276,638.89 | $15,150.00

LISAMARIE FAHY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

■ No
☐ Yes

---

**2.29**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$264,981.68 | $15,150.00

MAHESH KARANDE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

■ No
☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.30 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $4,283.73 | $4,283.73 |
|---|---|---|---|

**2.30**

**Priority creditor's name and mailing address**

MARCUS GIBSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$4,283.73**  Priority amount: **$4,283.73**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

---

**2.31**

**Priority creditor's name and mailing address**

MARK NICKAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$8,562.58**  Priority amount: **$8,562.58**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

---

**2.32**

**Priority creditor's name and mailing address**

MASSACHUSETTS INCOME TAX
ATTN: GENERAL COUNSEL
DEPARTMENT OF REVENUE
200 ARLINGTON STREET
CHELSEA MA 02150

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: **UNDETERMINED**  Priority amount: **UNDETERMINED**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Potential Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

**2.33**

**Priority creditor's name and mailing address**

PAUL ABORN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,449.51**  Priority amount: **$2,449.51**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.34 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00 | $15,150.00 |
|---|---|---|---|---|

SAMIR PADALKAR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

| 2.35 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $431.67 | $431.67 |
|---|---|---|---|---|

SNIGDHA KOSANA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

| 2.36 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

STATE OF MASSACHEUSETTES
200 ARLINGTON STREET
CHELSEA MA 02150

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Potential Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

| 2.37 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,730.78 | $2,730.78 |
|---|---|---|---|---|

STEPHEN SIECINSKI
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.38**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55,000.00 | $15,150.00 |
| --- | --- | --- | --- |

WILLIAM SENEPEDIS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

**2.39**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,239.98 | $9,239.98 |
| --- | --- | --- | --- |

YAOYU WANG
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
Employee Compensation

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

■ No
☐ Yes

Debtor    **Omega Therapeutics, Inc.** _____    Case number (if known)    **25-10211** _____
　　　　　Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$56,266.65** |
|---|---|---|---|

ACUITAS THERAPEUTICS INC
6190 AGRONOMY ROAD, SUITE 405,
UNIVERSITY OF BRITISH COLUMBIA
VANCOUVER BC V6T 1Z3
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>　　　　**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**　　　　**Is the claim subject to offset?** ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,575.00** |
|---|---|---|---|

ALDEN QUALITY CONSULTING LLC
212 WOOD ROAD
STOWE VT 05672

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>　　　　**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**　　　　**Is the claim subject to offset?** ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$74,798.18** |
|---|---|---|---|

ALDEVRON LLC
4055 41ST AVE S
FARGO ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>　　　　**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**　　　　**Is the claim subject to offset?** ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$202,033.48** |
|---|---|---|---|

ALEXANDRIA REAL ESTATE EQUITIES, INC.
PO BOX 975383
DALLAS TX 75397-5383

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>　　　　**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**　　　　**Is the claim subject to offset?** ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$18,790.00** |
|---|---|---|---|

ALPHA PRECLINICAL LLC
722 PLANTATION STREET
WORCESTER MA 01605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>　　　　**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**　　　　**Is the claim subject to offset?** ■ No ☐ Yes

Debtor   **Omega Therapeutics, Inc.** _____   Case number (if known)  **25-10211** _____
          Name

|  | | Amount of claim |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $35.11 |
|---|---|---|---|
| | AMAZON CAPITAL SERVICES INC<br>PO BOX 035184<br>SEATTLE WA 98124-5184 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $71,530.83 |
|---|---|---|---|
| | AMAZON WEB SERVICES INC<br>PO BOX 84023<br>SEATTLE WA 98124-8423 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,197.00 |
|---|---|---|---|
| | AMERICAN TYPE CULTURE COLLECTION<br>P.O. BOX 76349<br>BALTIMORE MD 21275-6349 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,775.88 |
|---|---|---|---|
| | ANNE TSIMBOUKIS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $12,554.45 |
|---|---|---|---|
| | ANTHONY MULLIN<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>NON-PRIORITY EMPLOYEE COMPENSATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

Debtor  **Omega Therapeutics, Inc.** _____ Case number (if known) **25-10211**
Name

| | | Amount of claim |
|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$17,680.00** |

ARGOT PARTNERS LLC
767 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE

**Last 4 digits of account number**          Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$462,394.20** |

ATUM
37950 CENTRAL COURT
NEWARK CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE

**Last 4 digits of account number**          Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,645.80** |

AVANTI POLAR LIPIDS INC
700 INDUSTRIAL PARK DRIVE
ALABASTER AL 35007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE

**Last 4 digits of account number**          Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |

BANC OF CALIFORNIA
406 BLACKWELL ST, SUITE 240
DURHAM NC 22701

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 03/12/2018          **Basis for the claim:** ALLEGED SUCCESS FEE

**Last 4 digits of account number**          Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$17,066.32** |

BARBARA CHAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION

**Last 4 digits of account number**          Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor  **Omega Therapeutics, Inc.** _____  Case number (if known)  **25-10211**
        Name

|  | | Amount of claim |
|---|---|---|

**3.16**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$13,199.36

BAY STATE IT
535 ALBANY ST.  SUITE 2A
BOSTON MA 02118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.17**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$4,794.27

BECKMAN COULTER INC
DEPT. CH 10164
PALATINE IL 60055-0164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$100,000.00

BENCHLING INC
555 MONTGOMERY ST STE. 1700
SAN FRANCISCO CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$431.90

BIOLEGEND INC
PO BOX 102100
PASADENA CA 91189-2100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$1,667.60

BIOMATIK CORPORATION
4 THIRD AVE
KITCHENER ON N2C 196
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Omega Therapeutics, Inc.** _____ — Case number (if known) **25-10211**
    Name

| | **Amount of claim** |
|---|---|

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,000.00** |
|---|---|---|---|

BIOPROCURE INC
660 MAIN STREET
WOBURN MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,421.19** |
|---|---|---|---|

BIO-RAD LABORATORIES INC
PO BOX 849740
LOS ANGELES CA 90084-9740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,079.59** |
|---|---|---|---|

BOSTONBEAN COFFEE COMPANY
23 DRAPER ST
WOBURN MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$77,227.32** |
|---|---|---|---|

CATALENT PHARMA SOLUTIONS LLC
25111 NETWORK PLACE
CHICAGO IL 60673-1251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,906.00** |
|---|---|---|---|

CELL BIOLOGICS INC
P.O. BOX 5019
CHICAGO IL 60680-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

Debtor    **Omega Therapeutics, Inc.** _____     Case number (if known)   **25-10211**

Name

|  |  | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,734.88 |
|---|---|---|---|

CHARLES O'DONNELL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $557.81 |
|---|---|---|---|

CINTAS
PO BOX 631025
CINCINNATI OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $40,850.00 |
|---|---|---|---|

CMIC, INC.
2860 FORBS AVENUE
HOFFMAN ESTATES IL 60192

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $17,953.97 |
|---|---|---|---|

COBBLESTONE SYSTEMS CORP
428 S WHITE HORSE PIKE
LINDENWOLD NJ 08021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,703.22 |
|---|---|---|---|

COMPUTERSHARE INC.
DEPT CH 19228
PALATINE IL 60055-9228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | 25-10211 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,643.75** |

CONCIERGE CLINICAL SOLUTIONS, LLC
18 ALBERTA STREET
WEST ROXBURY MA 02132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,016.40** |

COPYRIGHT CLEARANCE CENTER INC
29118 NETWORK PLACE
CHICAGO IL 60673-1291

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$31,067.40** |

DANIELA LOPEZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>NON-PRIORITY EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$18,244.58** |

DATASITE LLC
PO BOX 74007252
CHICAGO IL 60674-7252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,100.00** |

DAVOSPHARMA
600 EAST CRESCENT STREET
UPPER SADDLE RIVER NJ 22197-4050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | 25-10211 |
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.36** **Nonpriority creditor's name and mailing address**

DC CHEMICALS LIMTED
ROOM 610 BUILDING 15 PUDONG DISTRICT
JINXIANG RD 201
SHANGHAI   200150
CHINA

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☑ No ☐ Yes

**$1,200.00**

---

**3.37** **Nonpriority creditor's name and mailing address**

DELOITTE & TOUCHE LLP
PO BOX 844708
DALLAS TX 75284-4708

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☑ No ☐ Yes

**$210,000.00**

---

**3.38** **Nonpriority creditor's name and mailing address**

DIGITAL MEDIA INNOVATIONS, LLC
ATTN: NOTIFIED
CHICAGO IL 60642

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☑ No ☐ Yes

**$9,075.00**

---

**3.39** **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL LLC
PO BOX 842282
BOSTON MA 02284-2282

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☑ No ☐ Yes

**$12,419.00**

---

**3.40** **Nonpriority creditor's name and mailing address**

E*TRADE FINANCIAL CORPORATE SERVICES
ATTN: ACCOUNTS RECEIVABLE
671 N GLEBE RD
ARLINGTON VA 22203

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☑ No ☐ Yes

**$4,025.00**

Debtor  **Omega Therapeutics, Inc.** _____ Case number (if known) __25-10211__
Name

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |

$15,000.00

ELLIOTT M LEVY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|---|

$410.95

EPPENDORF NORTH AMERICA, INC.
PO BOX 13275
NEWARK NJ 07101-3275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|---|

$281,100.00

EVA OTTE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION

**Last 4 digits of account number** _

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|---|

$15,229.59

FISHER SCIENTIFIC
PO BOX 3648
BOSTON MA 02241-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|---|

$3,484.75

FLAGSHIP LABS LLC
55 CAMBRIDGE PARKWAY, SUITE 800E
CAMBRIDGE MA 02142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor  **Omega Therapeutics, Inc.** _____  Case number (if known)  **25-10211**

Name

|  | | Amount of claim |
|---|---|---|

**3.46** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$43,876.59

FLAGSHIP PIONEERING INC
55 CAMBRIDGE PARKWAY  SUITE 800E
CAMBRIDGE MA 02142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$44,920.03

FLAGSHIP PIONEERING LABS TPC INC.
55 CAMBRIDGE PARKWAY, SUITE 800E
CAMBRIDGE MA 02142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$29,671.02

FOLEY HOAG LLP
155 SEAPORT BOULEVARD
BOSTON MA 02210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$4,879.60

GENSCRIPT USA, INC.
860 CENTENNIAL AVE
PISCATAWAY NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$42,192.45

GLOBAL LIFE SCIENCES SOLUTIONS USA LLC
PO BOX 643065
PITTSBURGH PA 15264-3065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | | | Case number (if known) | **25-10211** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.51** Nonpriority creditor's name and mailing address

GOODWIN PROCTER LLP
100 NORTHERN AVENUE
BOSTON MA 02210

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$44,828.13**

---

**3.52** Nonpriority creditor's name and mailing address

GRAPHPAD SOFTWARE, LLC
2365 NORTHSIDE DRIVESUITE 560
SAN DIEGO CA 92108

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$10,005.00**

---

**3.53** Nonpriority creditor's name and mailing address

GREENLABS RECYCLING
277 BAKER AVENUE
CONCORD MA 01742

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.54** Nonpriority creditor's name and mailing address

GRUBHUB HOLDINGS INC
PO BOX 71649
CHICAGO IL 60694-1649

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$3,313.14**

---

**3.55** Nonpriority creditor's name and mailing address

HD BIOSCIENCES, INC.
6122 NANCY RIDGE DRIVE
SAN DIEGO CA 92121

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$5,250.00**

---

Debtor **Omega Therapeutics, Inc.** — Case number (if known) **25-10211**

Name

| | | Amount of claim |
|---|---|---|

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$58.00** |

HEALTHEQUITY, INC.
15 W. SCENIC POINTE DRIVE
DRAPER UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$17,410.00** |

HOGAN LOVELLS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,602.00** |

HORIZON DISCOVERY BIOSCIENCES LTD
8100 CAMBRIDGE RESEARCH PARK
WATERBEACH  CB25 9TL
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$10,552.50** |

IHISTO INC
4 TECHNOLOGY WAY
SALEM MA 01970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$995.00** |

ILLUMINA INC
12864 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor    **Omega Therapeutics, Inc.**
_____    Case number (if known) ___25-10211___
Name

| | | Amount of claim |
|---|---|---|

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$342.56** |

INFOARMOR, INC.
DEPT 3189
DALLAS TX 75312-3189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$575.00** |

INVIVOGEN USA
10515 VISTA SORRENTO PKWY
SAN DIEGO CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$236,100.00** |

JEFF ATKINSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number** _

**Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$66,405.00** |

JMS ADVISORS, INC.
1572 GRANGER WAY
REDWOOD CITY CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

JOEL NEWMAN
LEVI & KORSINSKY, LLP
ATTN: CINAR ONEY, DANIEL TEPPER, CORREY A. SUK
GREGORY M. NESPOLE
33 WHITEHALL STREET, 17TH FLOOR
NEW YORK NY 10004

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☑ No ☐ Yes

---

Debtor  **Omega Therapeutics, Inc.** _____ Case number (if known) **25-10211**
Name

| | | Amount of claim |
|---|---|---|

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$223,516.70**

JOHN GRAEME HODGSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION

**Last 4 digits of account number** _

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$269,850.00**

JOSEPH NEWMAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION

**Last 4 digits of account number** _

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$58,500.00**

JOSHUA REED
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION

**Last 4 digits of account number** _

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$55,744.38**

K&L GATES LLP
PO BOX 844255
BOSTON MA 02284-4255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$24,306.06**

KAAN CERTEL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION

**Last 4 digits of account number** _

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor    **Omega Therapeutics, Inc.** _____ Case number (if known) __25-10211__

Name

| | | Amount of claim |
|---|---|---|

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$237,350.00** |
| | KATHLEEN DAVENPORT<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** NON-PRIORITY EMPLOYEE COMPENSATION | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$8,400.00** |
| | KATIE YAZBECK<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$500.00** |
| | LABCORP DRUG DEVELOPMENT<br>PO BOX 2464<br>BURLINGTON  NC 27216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$364,789.80** |
| | LATHAM & WATKINS LLP<br>PO BOX 7247-8181<br>PHILADELPHIA PA 19170-8181 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$3,953.00** |
| | LIFE TECHNOLOGIES CORPORATION<br>12088 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$23,803.00** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

LIFESCI COMMUNICATIONS, LLC
250 WEST 55TH STREET-34TH FLOOR
NEW YORK NY 10019

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**   ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$261,488.89** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

LISAMARIE FAHY
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>NON-PRIORITY EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**   ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$8,820.00** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

LUMINEX CORPORATION
PO BOX 844222
DALLAS TX 75284-4222

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**   ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$208.25** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

LYFT BIKES AND SCOOTERS, LLC
PO BOX 22550
NEW YORK NY 10087

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**   ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$249,831.68** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

MAHESH KARANDE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>NON-PRIORITY EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**   ■ No  ☐ Yes

Debtor   **Omega Therapeutics, Inc.** _____   Case number (if known)   **25-10211**
Name

| | | **Amount of claim** |
|---|---|---|

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,900.00**

MARKLEY NETWORK SERVICES LLC
PO BOX 983122
BOSTON MA 02298-3122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$5,362.00**

MASSACHUSETTS BIOTECHNOLOGY COUNCIL INC
300 TECHNOLOGY SQUARE, 8TH FLOOR
CAMBRIDGE  MA 02139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$22,415.48**

MCCARTER & ENGLISH LLP
FOUR GATEWAY CENTER, 100 MULBERRY STREET
NEWARK NJ 07102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$291.05**

MERCURY BUSINESS SERVICES INC
61 BATTERYMARCH ST
BOSTON MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,629.21**

MIDDLESEX GASES & TECHNOLOGIES INC
PO BOX 490249
EVERETT MA 02149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor   **Omega Therapeutics, Inc.** _____ Case number (if known)  **25-10211**

<sub>Name</sub>

| | | Amount of claim |
|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,470.00**

MINUS-ELEVEN INC.
70 FINNELL DRIVE #11
WEYMOUTH MA 02188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,494.75**

NASDAQ
151 W. 42ND STREET
NEW YORK NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$516.14**

NORTHPOINT PRINTING SERVICES
18 BONAZZOLI AVENUE
HUDSON MA 01749

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$40,397.00**

NOVOGENE CORPORATION INC
P.O. BOX 278642
SACRAMENTO CA 95827-8642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$684.00**

NOVUS BIOLOGICALS LLC
10730 E. BRIARWOOD AVE
CENTENNIAL CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $13,000.00 |
| | | ☐ Contingent | |
| | NYBERG REGULATORY CONSULTING LLC | ☐ Unliquidated | |
| | P.O. BOX 641 CENTER | ☐ Disputed | |
| | CONWAY NH 03813 | | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $11,500.00 |
| | | ☐ Contingent | |
| | OCEAN MIST CONSULTING, LLC | ☐ Unliquidated | |
| | 560 SEASIDE DRIVE | ☐ Disputed | |
| | JAMESTOWN RI 02835 | | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $17,357.31 |
| | | ☐ Contingent | |
| | ORACLE AMERICA INC | ☐ Unliquidated | |
| | 15612 COLLECTIONS CENTER DRIVE | ☐ Disputed | |
| | CHICAGO IL 60693 | | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,777.35 |
| | | ☐ Contingent | |
| | ORIGENE TECHNOLOGIES INC | ☐ Unliquidated | |
| | PO BOX 100963 | ☐ Disputed | |
| | ATLANTA GA 30384-0963 | | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED |
| | | ■ Contingent | |
| | PATRICK AYERS | ■ Unliquidated | |
| | ROBBINS LLP | ■ Disputed | |
| | 5060 SHOREHAM PL | | |
| | STE. 300 | | |
| | SAN DIEGO CA 92122 | | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL LITIGATION | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

Debtor  **Omega Therapeutics, Inc.** _____  Case number (if known) **25-10211**
        <sub>Name</sub>

|  | | Amount of claim |
|---|---|---|

**3.96**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$16,582.50

PAY GOVERNANCE LLC
P.O. BOX M
YARDLEY PA 19067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.97**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$3,860.00

PIERCE ATWOOD LLP
MERRILL'S WHARF
PORTLAND ME 04101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.98**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$14,947.20

PLANET PROFESSIONAL LLC
34 CROSBY DRIVE, SUITE 22
BEDFORD MA 01730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.99**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$28,138.42

POLYMUN SCIENTIFIC
DONAUSTR. 99
KLOSTERNEUBURG  3400
AUSTRIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.100**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$4,080.00

PRENDIO LLC
660 MAIN STREET
WOBURN MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

Debtor    **Omega Therapeutics, Inc.** _____ Case number (if known) **25-10211**
Name

| | Amount of claim |
|---|---|

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,036.67** |

PREZENTIUM INC.
221 W EDITH AVENUE
LOS ALTOS CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,312.00** |

PROMEGA CORPORATION
PO BOX 689768
CHICAGO IL 60695-9768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,266.20** |

PROTEINSIMPLE
CHECKING BIN #39
MINNEAPOLIS MN 55480-1150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,196.97** |

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY
INDVIDUAL BUSINESS OPERATIONS
6 CONCOURSE PARKWAY # 2700
ATLANTA GA 30374-0592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,187.60** |

QIAGEN LLC
PO BOX 5132
CAROL STREAM IL 60197-5132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor    **Omega Therapeutics, Inc.** _____ — Case number (if known) __25-10211__
　　　　　Name

|  | Amount of claim |
|---|---|

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$74,200.00** |
|---|---|---|---|

QIAGEN MANCHESTER LIMITED
CITYLABS 2.0, HATHERSAGE ROAD
MANCHESTER  M13 0BH
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,325.00** |
|---|---|---|---|

R&D SYSTEMS, INC.
614 MCKINLEY PLACE NE
MINNEAPOLIS MN 55413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$19,041.80** |
|---|---|---|---|

REPLIGEN CORPORATION
PO BOX 512939
LOS ANGELES CA 90051-2939

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$15,000.00** |
|---|---|---|---|

RICHARD N KENDER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$982.00** |
|---|---|---|---|

RICHARDS, LAYTON, & FINGER, P.A.
920 NORTH KING STREET
WILMINGTON DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

Debtor   **Omega Therapeutics, Inc.** _____ Case number (if known)   **25-10211** _____

Name

|  | Amount of claim |
|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $9,856.00 |
|---|---|---|---|

RULES-BASED MEDICINE INC
C/O Q SQUARED SOLUTIONS LLC
CHARLOTTE NC 28262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $34,850.00 |
|---|---|---|---|

SAMIR PADALKAR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>NON-PRIORITY EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number** _

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,964.81 |
|---|---|---|---|

SCIENCELL RESEARCH LABORATORIES, INC.
1610 FARADAY AVE
CARLSBAD CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,830.13 |
|---|---|---|---|

SCISAFE, INC.
3303 MONTE VILLA PARKWAY SUITE 310
BOTHELL WA 98021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $35,495.32 |
|---|---|---|---|

SGS CANADA INC.
6490 VIPOND DRIVE
MISSISSAUGA ON L5T 1W8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
| | Name | | | |

| | | | **Amount of claim** |

**3.116** **Nonpriority creditor's name and mailing address**

SHON'S SCIENTIFIC REFRIGERATION SERVICE
202 MILTON STREET, SUITE 101
DEDHAM MA 02026

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$3,120.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.117** **Nonpriority creditor's name and mailing address**

SIKICH LLP
1415 W DIEHL RD SUITE 400
NAPERVILLE IL 60563

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$788.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

SMARTSHEET INC
DEPT 3421, PO BOX 123421
DALLAS  TX 75312-3421

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$24,320.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

SPOTLIGHT SAFETY INC.
955 MASSACHUSETTS AVENUE-NO. 416
CAMBRIDGE MA 02139

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$19,975.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

STRATOS CONSULTING LLC
101 FEDERAL STREET-SUITE 1900
BOSTON MA 02110

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$950.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor **Omega Therapeutics, Inc.** _____ Case number (if known) **25-10211** _____
Name

| | | Amount of claim |
|---|---|---|

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,800.00** |

TECHNIUM INC
144 TURNPIKE ROAD, SUITE 230
SOUTHBOROUGH MA 01772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$55,000.00** |

TEMPUS LABS, INC.
600 W. CHICAGO AVE, SUITE #510
CHICAGO  IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,000.00** |

TPP GLOBAL SERVICES, LLC
755 BOYLSTON STREET #801
BOSTON MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,176.73** |

TRILINK BIOTECHNOLOGIES LLC
10770 WATERIDGE CIRCLE, SUITE 200
SAN DIEGO CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$583.48** |

UNIFIRST CORPORATION
78-80 EAST COTTAGE STREET
DORCHESTER MA 02125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | 25-10211 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,130.94

UNUM LIFE INSURANCE COMPANY OF AMERICA
PO BOX 406927
ATLANTA GA 30384-6927

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,901.03

VEOLIA ENVIRONMENTAL SERVICES
P.O. BOX 73709
CHICAGO IL 60673-7709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,011.79

VOTACALL, INC.
1504 PROVIDENCE HIGHWAY, #19
NORWOORD MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $15,000.00

VRS RESTRUCTURING SERVICES, LLC
20 TUMBLE ROAD
BEDFORD NH 03110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $636.72

VWR INTERNATIONAL, LLC
PO BOX 640169
PITTSBURGH PA 15264-0169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Omega Therapeutics, Inc.** _____  Case number (if known)  **25-10211**
　　　　　Name

|  |  | Amount of claim |
|---|---|---|

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$33.78** |
|---|---|---|---|
| | W.B. MASON COMPANY, INC.<br>PO BOX 981101<br>BOSTON MA 02298-1101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |
|---|---|---|---|
| | WALTHAM SERVICES<br>PO BOX 540538<br>WALTHAM MA 02454-0538 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$650,000.00** |
|---|---|---|---|
| | WEDBUSH SECURITIES INC.<br>600 MONTGOMERY STREET, 29TH FLOOR<br>SAN FRANCISCO CA 94111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25,412.25** |
|---|---|---|---|
| | WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH<br>ATTN: ACCOUNTS RECEIVABLE<br>455 MAIN STREET<br>CAMBRIDGE MA 02142-1493 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|
| | WHITSELL INNOVATIONS, INC.<br>18 KENDALL DRIVE<br>CHAPEL HILL NC 27517 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$39,850.00** |
|---|---|---|---|

WILLIAM SENEPEDIS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>NON-PRIORITY EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☒ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,542.78** |
|---|---|---|---|

WITHERS BERGMAN LLP
ATTN: ACCOUNTS RECEIVABLE
12TH FLOOR, 157 CHURCH STREET
NEW HAVEN CT 06507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☒ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,608.43** |
|---|---|---|---|

WOLF GREENFIELD & SACKS PC
600 ATLANTIC AVENUE
BOSTON MA 02210-2206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☒ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$42,354.61** |
|---|---|---|---|

WORLD COURIER INC
PO BOX 842325
BOSTON MA 02284-2325

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☒ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,584.99** |
|---|---|---|---|

WORLD CUSTOMS BROKERAGE INC.
1313 FOURTH AVENUE
NEW HYDE PARK NY 11040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☒ No  ☐ Yes

---

Debtor    **Omega Therapeutics, Inc.**
_____    Case number (if known)    **25-10211**
  Name

|  | | Amount of claim |
|---|---|---|

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$76,516.00** |
|---|---|---|---|

WYATT TECHNOLOGY CORPORATION
P.O. BOX 51420
LOS ANGELES CA 90051-5425

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$67,593.75** |
|---|---|---|---|

YAN MOORE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>NON-PRIORITY EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,362.00** |
|---|---|---|---|

YECURIS CORPORATION
P.O. BOX 4645
TUALATIN OR 97062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,631.00** |
|---|---|---|---|

ZEN-BIO, INC.
PO BOX 13888
RESEARCH TRIANGLE PARK NC 27709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$18,131.29** |
|---|---|---|---|

ZOOM VIDEO COMMUNICATIONS INC
PO BOX 398843
SAN FRANCISCO CA 94139-8843

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor    **Omega Therapeutics, Inc.** _____ Case number (if known) **25-10211** _____

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | BANC OF CALIFORNIA<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: RICHARD M. PACHULSKI, ALAN J. KORNFELD<br>10100 SANTA MONICA BLVD., 13TH FLOOR<br>LOS ANGELES CA 90067 | **Line**  3.14<br><br>☐ Not listed. Explain  ___ | |
| 4.2 | BANC OF CALIFORNIA<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: COLIN R. ROBINSON<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | **Line**  3.14<br><br>☐ Not listed. Explain  ___ | |
| 4.3 | JOEL NEWMAN<br>ASHBY & GEDDES, PA.<br>ATTN: STEPHEN E. JENKINS, TIFFANY GEYER LYDON<br>500 DELAWARE AVENUE<br>8TH FLOOR<br>WILMINGTON DE 19801 | **Line**  3.65<br><br>☐ Not listed. Explain  ___ | |

Debtor    **Omega Therapeutics, Inc.**

Name

Case number (if known)    **25-10211**

Part 4:    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 2,210,184.71 plus undetermined amounts |
| **5b. Total claims from Part 2** | 5b. + $ | 5,727,687.07 plus undetermined amounts |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 7,937,871.78 plus undetermined amounts |

**Fill in this information to identify the case:**

Debtor name **Omega Therapeutics, Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known) **25-10211**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE - 20 ACORN PARK - SHARED SPACE ARRANGEMENT AND AMENDMENTS | |
| | **State the term remaining** | 07/30/2029 | |
| | **List the contract number of any government contract** | | 400 DISCOVERY PARK LLC C/O BULFINCH COMPANIES INC 116 HUNTINGTON AVE SUITE 600 BOSTON MA 02116 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | ACLAIRO (LAURA DILL) CONSULTING AGREEMENT | |
| | **State the term remaining** | 02/18/2025 | |
| | **List the contract number of any government contract** | | ACLAIRO 1950 OLD GALLOWS ROAD, SUITE 300 VIENNA VA 22182 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | ACUITAS DEV AND OPTION AGMT | |
| | **State the term remaining** | 10/05/2025 | |
| | **List the contract number of any government contract** | | ACUITAS THERAPEUTICS, INC. 6190 AGRONOMY ROAD, SUITE 405, UNIVERSITY OF BRITISH COLUMBIA VANCOUVER BC V6T 1Z3 CANADA |

Debtor  **Omega Therapeutics, Inc.**                          Case number (if known)  **25-10211**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ACUITAS - OPTION NOTICE | |
| | State the term remaining | 12/21/2026 | |
| | List the contract number of any government contract | | ACUITAS THERAPEUTICS, INC.<br>6190 AGRONOMY ROAD, SUITE 405, UNIVERSITY OF BRITISH COLUMBIA<br>VANCOUVER BC V6T 1Z3<br>CANADA |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | ACUITAS NON-EXCLUSIVE LICENSE AGREEMENT | |
| | State the term remaining | 12/21/2026 | |
| | List the contract number of any government contract | | ACUITAS THERAPEUTICS, INC.<br>6190 AGRONOMY ROAD, SUITE 405, UNIVERSITY OF BRITISH COLUMBIA<br>VANCOUVER BC V6T 1Z3<br>CANADA |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | AIRSPACE SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AIRSPACE TECHNOLOGIES, INC.<br>5909 SEA OTTER PLACE, STE 200<br>CARLSBAD CA 92010 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | ALAMAK MASTER SERVICES AGREEMENT (AND AMEND) | |
| | State the term remaining | 02/03/2027 | |
| | List the contract number of any government contract | | ALAMAK BIOSCIENCES<br>100 CUMMINGS CENTER 432-A & 433- D<br>BEVERLY MA 01915 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | REBECCA HOWARD CONSULTING AGREEMENT | |
| | State the term remaining | 03/10/2025 | |
| | List the contract number of any government contract | | ALDEN QUALITY CONSULTING, LLC<br>3 CUSHING LANDING<br>SCITUATE MA 02322 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | ALDEVRON DEVELOPMENT & MFG (DMASTER SERVICES AGREEMENT) | |
|---|---|---|---|
| | **State the term remaining** | 07/27/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | ALDEVRON - ADDITIONAL CFT STABILITY TESTING FOR GMP #1 (LOT 144860) | |
|---|---|---|---|
| | **State the term remaining** | 12/31/2025 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | STABILITY SOW FOR LOT 162097 | |
|---|---|---|---|
| | **State the term remaining** | 04/24/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER TO PO 11670 134627 STABILITY -80 DEGC | |
|---|---|---|---|
| | **State the term remaining** | 05/25/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER TO  PO 11670 134627 STABILITY -20 DEGC | |
|---|---|---|---|
| | **State the term remaining** | 05/25/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

Debtor **Omega Therapeutics, Inc.**

Name

Case number (if known) **25-10211**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER TO PO 11446 (144860 STABILITY - 20) | |
| | State the term remaining | 05/25/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER TO PO # 11446 -144860 -80 DEG C | |
| | State the term remaining | 05/25/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER POSF062337 144863 STABILITY -80 | |
| | State the term remaining | 05/25/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER POSF062337 146833 STABILITY -20 DEG C | |
| | State the term remaining | 05/25/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER POSF062330 146843 STABILITY -80 DEGC | |
| | State the term remaining | 05/25/2026 | ALDEVRON, LLC 4055 41ST AVE S FARGO ND 58104 |
| | List the contract number of any government contract | | |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER  TO POSF062333 146843 - 20 DEGC | |
|---|---|---|---|
| | **State the term remaining** | 05/25/2026 | ALDEVRON, LLC<br>4055 41ST AVE S<br>FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | OPTION TO IN-LICENSE HNF4ALPHA | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | ALDEVRON, LLC<br>4055 41ST AVE S<br>FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER (FOR LOTS 146843 AND 146844) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | ALDEVRON, LLC<br>4055 41ST AVE S<br>FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER (CANCEL MIC6) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | ALDEVRON, LLC<br>4055 41ST AVE S<br>FARGO ND 58104 |
| | **List the contract number of any government contract** | | |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | SAB - ALI SHILATIFARD - CONSULTING AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | ALI SHILATIFARD<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | 10/06/2026 | ALIRI USA, INC<br>4720 FORGE RD # 108<br>COLORADO SPRINGS CO 80907 |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | NUVENTRA_MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ALLUCENT (FORMERLY NUVENTRA) AND A CATO AFFILIATE<br>2525 MERIDIAN PKWY, STE 200<br>DURHAM NC 27713 |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | ALPHA PRECLINICAL - MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | 08/25/2026 | ALPHA PRECLINICAL, LLC<br>200 WESTBORO ROAD, BUILDING 21, ROOM 206<br>NORTH GRAFTON MA 01536 |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTIPLE PREVIOUSLY EXECUTED SOWS | |
| | **State the term remaining** | UNDETERMINED | ALPHA PRECLINICAL, LLC<br>200 WESTBORO RD, BUILDING 21, ROOM 206<br>NORTH GRAFTON MA 01536 |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | TEQ24-04 SOW | |
| | **State the term remaining** | UNDETERMINED | ALPHA PRECLINICAL, LLC<br>200 WESTBORO RD, BUILDING 21, ROOM 206<br>NORTH GRAFTON MA 01536 |
| | **List the contract number of any government contract** | | |

Debtor **Omega Therapeutics, Inc.**                                          Case number (if known) **25-10211**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | TEQ24-09 SOW | |
| | State the term remaining | UNDETERMINED | ALPHA PRECLINICAL, LLC |
| | List the contract number of any government contract | | 200 WESTBORO RD, BUILDING 21, ROOM 206 NORTH GRAFTON MA 01536 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK - TEQ24-11 | |
| | State the term remaining | UNDETERMINED | ALPHA PRECLINICAL, LLC |
| | List the contract number of any government contract | | 200 WESTBORO RD, BUILDING 21, ROOM 206 NORTH GRAFTON MA 01536 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | TEQ24-08 | |
| | State the term remaining | UNDETERMINED | ALPHA PRECLINICAL, LLC |
| | List the contract number of any government contract | | 200 WESTBORO RD, BUILDING 21, ROOM 206 NORTH GRAFTON MA 01536 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | TEQ24-13 SOW | |
| | State the term remaining | UNDETERMINED | ALPHA PRECLINICAL, LLC |
| | List the contract number of any government contract | | 200 WESTBORO RD, BUILDING 21, ROOM 206 NORTH GRAFTON MA 01536 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL TRANSFER AGREEMENT | |
| | State the term remaining | 09/02/2025 | ALPHAZYME LLC |
| | List the contract number of any government contract | | 674 PIONEER RD SUITE 110 JUPITER FL 33458 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMADOR BIOSCIENCE<br>4695 CHABOT DR, STE 200-265<br>PLEASANTON CA 94588 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | AWS CUSTOMER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMAZON WEB SERVICES, INC.<br>PO BOX 84023<br>SEATTLE WA 98124-8423 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | BMLA-00052_LICENSE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMERICAN TYPE CULTURE COLLECTION<br>10801 UNIVERSITY BLVD<br>MANASSAS VA 20110-2209 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | STEVE ANDERSON CONSULTING AGREEMENT | |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | ANDERSON BIOPHARMA CONSULTING, LLC<br>31 HOLBROOK STREET<br>NORFOLK MA 02056 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | RICHARD KNIGHT CONSULTING AGREEMENT | |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | APCONIX LIMITED<br>ALDERLEY PARK, MERESIDE<br>MACCLESFIELD  SK10 4TG<br>UNITED KINGDOM |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SUB LEASE AGMT W/METAPHOR, APRIORI AND FL89 | |
|---|---|---|---|
| | State the term remaining | 08/31/2025 | ARE-MA REGION NO. 94, LLC |
| | List the contract number of any government contract | | 26 NORTH EUCLID AVENUE PASADENA CA 91101 |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | LEASE - KENDALL SQUARE (ONE CHARLES PARK, CAMBRIDGE MA) | |
|---|---|---|---|
| | State the term remaining | 12/15/2038 | ARE-MA REGION NO. 94, LLC |
| | List the contract number of any government contract | | 26 NORTH EUCLID AVENUE PASADENA CA 91101 |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | SHARED SPACE ARRANGEMENT - FLAGSHIP 101 & 104 | |
|---|---|---|---|
| | State the term remaining | 08/31/2026 | ARE-MA REGION NO. 94, LLC |
| | List the contract number of any government contract | | 26 NORTH EUCLID AVENUE PASADENA CA 91101 |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL TRIAL AGREEMENT - OTX-2002-101: ASAN MEDICAL CENTER | |
|---|---|---|---|
| | State the term remaining | 01/01/2028 | ASAN MEDICAL CENTER |
| | List the contract number of any government contract | | 88, OLYMPICO-RO 43 GIL SONGPA-GU, SEOUL  5505 SOUTH KOREA |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | SAAS AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | ATLASSIAN |
| | List the contract number of any government contract | | 239 CAUSEWAY ST BOSTON MA 02114 |

Debtor    **Omega Therapeutics, Inc.**                                    Case number (if known)    **25-10211**
         Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | ATUM BIO - MASTER SERVICES AGREEMENT (AND AMENDMENTS) | |
| | **State the term remaining** | 12/12/2026 | |
| | **List the contract number of any government contract** | | ATUM BIO<br>37950 CENTRAL COURT<br>NEWARK CA 94560 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT (AGREEMENT AUTO RENEWS) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BAY STATE I.T., INC.<br>535 ALBANY ST.<br>SUITE 2A<br>BOSTON MA 02118 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BECKMAN COULTER LIFE SCIENCS<br>DEPT. CH 10164<br>PALATINE IL 60055-0164 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT (EXPIRED 1/28/2025 BUT RENEWAL IS IN PROCESS) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BENCHLING, INC.<br>555 MONTGOMERY ST<br>STE. 1700<br>SAN FRANCISCO CA 94111 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT (EXPIRED) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BENCHLING, INC.<br>555 MONTGOMERY ST<br>STE. 1700<br>SAN FRANCISCO CA 94111 |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT (EXPIRED) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BENCHLING, INC.<br>555 MONTGOMERY ST<br>STE. 1700<br>SAN FRANCISCO CA 94111 |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT (EXPIRED) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BENCHLING, INC.<br>555 MONTGOMERY ST<br>STE. 1700<br>SAN FRANCISCO CA 94111 |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT (EXPIRED) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BENCHLING, INC.<br>555 MONTGOMERY ST<br>STE. 1700<br>SAN FRANCISCO CA 94111 |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 03/03/2025 | |
| | **List the contract number of any government contract** | | BIOBRIDGES,<br>230 3RD AVENUE<br>WALTHAM MA 02451 |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | BIOCYTOGEN MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 04/08/2027 | |
| | **List the contract number of any government contract** | | BIOCYTOGEN BOSTON CORP.,<br>50C AUDUBON ROAD<br>WAKEFIELD MA 01880 |

Debtor **Omega Therapeutics, Inc.**

Name

Case number (if known) **25-10211**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE PURCHASING AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND PRENDIO LLC (BIOPROCURE INC. PURCHASED THROUGH THE PRENDIO CONTRACT) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BIOPROCURE INC 660 MAIN STREET WOBURN MA 01801 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | 04/29/2025 | |
| | **List the contract number of any government contract** | | BIOTEK SOLUTIONS GROUP, LLC 18801 NORTH DALE MABRY HIGHWAY, SUIT #156 LUTZ FL 33548 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AND SCIENTIFIC ADVISORY AGREEMENT: BOB D. BROWN | |
| | **State the term remaining** | 03/01/2025 | |
| | **List the contract number of any government contract** | | BOB DALE BROWN (DBA VERACITY BIO, LLC) ADDRESS ON FILE |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | BOOMI LICENSE AND SERVICES AGMT. | |
| | **State the term remaining** | 06/29/2025 | |
| | **List the contract number of any government contract** | | BOOMI, LP 1400 LIBERTY RIDGE DRIVE CHESTERBROOK PA 19087 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | 10/27/2027 | |
| | **List the contract number of any government contract** | | BOSTONGENE CORPORATION UNIVERSITY OFFICE PARK III 95 SAWYER ROAD, SUITE 500 WALTHAM MA 02453 |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | BPE GLOBAL OMEGA THERAPEUTICS LETTER OF ENGAGEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | BPE GLOBAL |
| | **List the contract number of any government contract** | | 139 PIERCE ST SAN FRANCISCO CA 94117 |

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | BRAND INSTITUTE / OMEGA MASTER SERVICES AGREEMENT / SOW / PROPOSAL (HCC USAN/INN) | |
|---|---|---|---|
| | **State the term remaining** | 04/12/2025 | BRAND INSTITUTE |
| | **List the contract number of any government contract** | | 200 SE 1ST STREET 12TH FLOOR MIAMI FL 33131 |

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | SHERRY CAO-LETTER MAR 30. 2020 | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CAO, DR. SHERRY |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | CATALENT BIOLOGICS QUALITY AGREEMENT MADISON, WI | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CATALENT PHARMA SOLUTIONS, LLC |
| | **List the contract number of any government contract** | | 14 SCHOOLHOUSE ROAD SOMERSET NJ 08873 |

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | QAR04 TO QTE-9200418 - ADDITION OF BIOBURDEN CONTROL STRATEGY | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CATALENT PHARMA SOLUTIONS, LLC |
| | **List the contract number of any government contract** | | 14 SCHOOLHOUSE ROAD SOMERSET NJ 08873 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | LABELING MASTER SERVICES AGREEMENT - NON MANUFACTURING SERVICES | |
|---|---|---|---|
| | **State the term remaining** | 04/15/2027 | CATALENT PHARMA SOLUTIONS, LLC |
| | **List the contract number of any government contract** | | 14 SCHOOLHOUSE ROAD SOMERSET NJ 08873 |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | QTE-9217687 - CATALENT COMPARATOR (COMBINATION) DRUG SOURCING | |
|---|---|---|---|
| | **State the term remaining** | 10/26/2025 | CATALENT PHARMA SOLUTIONS, LLC |
| | **List the contract number of any government contract** | | 14 SCHOOLHOUSE ROAD SOMERSET NJ 08873 |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT & CLINICAL SUPPLY MASTER SERVICES AGREEMENT (MFG) | |
|---|---|---|---|
| | **State the term remaining** | 11/21/2027 | CATALENT PHARMA SOLUTIONS, LLC |
| | **List the contract number of any government contract** | | 14 SCHOOLHOUSE ROAD SOMERSET NJ 08873 |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT CATALENT AND OMEGA | |
|---|---|---|---|
| | **State the term remaining** | 01/23/2026 | CATALENT PHARMA SOLUTIONS, LLC |
| | **List the contract number of any government contract** | | 14 SCHOOLHOUSE ROAD SOMERSET NJ 08873 |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | QTE-9191868 | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CATALENT PHARMA SOLUTIONS, LLC |
| | **List the contract number of any government contract** | | 14 SCHOOLHOUSE ROAD SOMERSET NJ 08873 |

Debtor   **Omega Therapeutics, Inc.**                                         Case number (if known)   **25-10211**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | CHAMPIONS ONCOLOGY - MASTER SERVICES AGREEMENT - 01.20.21 FE | |
| | **State the term remaining** | 01/20/2027 | CHAMPIONS ONCOLOGY, INC. ONE UNIVERSITY PLAZA, SUITE 307 HACKENSACK NJ 07601 |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | CHARLES RIVER MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | 09/29/2027 | CHARLES RIVER LABORATORIES, INC. 251 BALLARDVALE STREET WILMINGTON MA 01887 |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT BIOA METHOD QUALIFICATION | |
| | **State the term remaining** | 10/14/2025 | CHARLES RIVER LABORATORIES, INC. 251 BALLARDVALE STREET WILMINGTON MA 01887 |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | ASOW #2, ASOW #5, ASOW #6 | |
| | **State the term remaining** | UNDETERMINED | CHARLES RIVER LABORATORIES, INC. 251 BALLARDVALE STREET WILMINGTON MA 01887 |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | ARCHIVE STATEMENT OF WORK (1491) | |
| | **State the term remaining** | 10/04/2025 | CHARLES RIVER LABORATORIES, INC. 251 BALLARDVALE STREET WILMINGTON MA 01887 |
| | **List the contract number of any government contract** | | |

Debtor **Omega Therapeutics, Inc.**                        Case number (if known) **25-10211**

Name

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL TRIAL AGREEMENT - OTX-2002-101: CITY OF HOPE | |
|---|---|---|---|
| | State the term remaining | 01/01/2028 | CITY OF HOPE NATIONAL MEDICAL CENTER 1500 EAST DUARTE ROAD DUARTE CA 91010 |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL SAMPLE ANALYSIS OF BDNA FOR MYC HCC (WO #11 & CO#1) | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | CMIC HOLDINGS CO., LTD., 1-1-1, SHIBAURA, MINATO-KU TOKYO  105-0023 JAPAN |
| | List the contract number of any government contract | | |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | MYC HCC SIX SOWS (PLUS CO#1) - AMINO-LIPID PK, PEG-LIPID PK, OEC MRNA PK, IGG, IGM, CYTOKINES | |
|---|---|---|---|
| | State the term remaining | 01/01/2027 | CMIC HOLDINGS CO., LTD., 1-1-1, SHIBAURA, MINATO-KU TOKYO  105-0023 JAPAN |
| | List the contract number of any government contract | | |

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | CMIC MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 09/17/2027 | CMIC HOLDINGS CO., LTD., 1-1-1, SHIBAURA, MINATO-KU TOKYO  105-0023 JAPAN |
| | List the contract number of any government contract | | |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 04/30/2027 | CONCIERGE CLINICAL SOLUTIONS, LLC 169 COLBURN STREET WESTWOOD MA 02090 |
| | List the contract number of any government contract | | |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | CREATIVE BIOLABS MASTER SERVICES AGREEMENT AND AMD. | |
|---|---|---|---|
| | **State the term remaining** | 09/23/2025 | |
| | **List the contract number of any government contract** | | CREATIVE BIOLABS, INC. 45-1 RAMSEY ROAD SHIRLEY NY 11967 |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | CROWN BIOSCIENCES_OMEGA MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 02/03/2026 | |
| | **List the contract number of any government contract** | | CROWN BIOSCIENCE, INC., 16550 W BERNARDO DRIVE, BUILDING 5, SUITE 525 SAN DIEGO CA 92127 |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | CURIA MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 09/30/2025 | |
| | **List the contract number of any government contract** | | CURIA GLOBA, INC. 26 CORPORATE CIRCLE ALBANY NY 12203 |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PO FOR SERVICE CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CYTIVA ENTITY 100 RESULTS WAY MARLBOROUGH MA 01752 |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGMT & AMD | |
|---|---|---|---|
| | **State the term remaining** | 04/08/2023 | |
| | **List the contract number of any government contract** | | CYTIVA SWEDEN AB F/K/A GE HEALTHCARE BIO-SCIENCES AB BJORKGATAN 30 UPPSLA  SE-751 84 SWEDEN |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND DATASITE LLC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DATASITE LLC THE BAKER CENTER 733 S. MARQUETTE AVE SUITE 600 MINNEAPOLIS MN 55402 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | DAVOSPHARMA\ANTHEM MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | 10/14/2026 | |
| | **List the contract number of any government contract** | | DAVOS CHEMICAL CORPORATION 600 EAST CRESCENT AVENUE UPPER SADDLE RIVER NJ 07458 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | HEDC STABILITY STUDY | |
| | **State the term remaining** | 07/06/2026 | |
| | **List the contract number of any government contract** | | DAVOS CHEMICAL CORPORATION 600 EAST CRESCENT AVENUE UPPER SADDLE RIVER NJ 07458 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | DAVOS/NCK - GMP #1 STABILITY AND ANALYTICAL METHOD DEVELOPMENT | |
| | **State the term remaining** | 12/21/2025 | |
| | **List the contract number of any government contract** | | DAVOS CHEMICAL CORPORATION 600 EAST CRESCENT AVENUE UPPER SADDLE RIVER NJ 07458 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND DIGITAL MEDIA INNOVATIONS LLC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DIGITAL MEDIA INNOVATIONS, LLC 770 N HALSTED ST., SUITE 500 CHICAGO IL 60642 |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | 25-10211 |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | EMD MILLIPORE - LIMITED COMMERCIAL USE LICENSE | |
|---|---|---|---|
| | **State the term remaining** | 05/22/2026 | |
| | **List the contract number of any government contract** | | EMD MILLIPORE CORPORATION<br>400 SUMMIT DR<br>BURLINGTON MA 01803 |

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | USER AGREEMENT LICENSE - FOR QUESTIONNAIRES | |
|---|---|---|---|
| | **State the term remaining** | 05/30/2025 | |
| | **List the contract number of any government contract** | | EORTC - EUROPEAN ORGANIZATION FOR RESEARCH AND TREATMENT OF CANCER<br>AVENUE E. MOUNIER 83/11<br>BRUSSELS  1200<br>BELGIUM |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CLINICAL SUPPLY AGREEMENT (AND AMENDMENT) | |
|---|---|---|---|
| | **State the term remaining** | 03/13/2028 | |
| | **List the contract number of any government contract** | | F. HOFFMANN-LA ROCHE LTD<br>GRENZACHERSTRASSE 124<br>BASEL  4070<br>SWITZERLAND |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | T&C FOR MTA FROM JCRB (H441-LUC CELLS) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FACULTY OF MEDICINE, SAITAMA MEDICAL UNIVERSITY<br>38 MORO-HONGO<br>MOROYAMA<br>IRUMA<br>SAITAMA  350-0495<br>JAPAN |

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | FGK - OMEGA - LETTER AGMT 08.13.21 | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FGK REPRESENTATIVE SERVICE, GMBH<br>HEIMERANSTR 35<br>MUNICH  D-80339<br>GERMANY |

Debtor  **Omega Therapeutics, Inc.**                                Case number (if known)   **25-10211**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | ORPHAN DRUG DESIGNATION SPONSOR AGMT 15.11.20 | |
| | **State the term remaining** | 12/15/2040 | FGK REPRESENTATIVE SERVICE, GMBH |
| | **List the contract number of any government contract** | | HEIMERANSTR. 35 MUNICH  D-80339 GERMANY |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED SPACE ARRANGEMENT | |
| | **State the term remaining** | 07/31/2027 | FLAGSHIP LABS 97, INC |
| | **List the contract number of any government contract** | | 140 FIRST STREET CAMBRIDGE MA 02141 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | FLAGSHIP LETTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FLAGSHIP PIONEERING INC. |
| | **List the contract number of any government contract** | | 55 CAMBRIDGE PKWY, STE 800E CAMBRIDGE MA 02140 |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | FLAGSHIP LICENSE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FLAGSHIP PIONEERING INNOVATIONS V, INC. |
| | **List the contract number of any government contract** | | 55 CAMBRIDGE PKWY, STE 800E CAMBRIDGE MA 02140 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | FLAGSHIP IP HOLD OPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FLAGSHIP PIONEERING INNOVATIONS V, INC. |
| | **List the contract number of any government contract** | | 55 CAMBRIDGE PKWY, STE 800E CAMBRIDGE MA 02140 |

Debtor    **Omega Therapeutics, Inc.**
_____    Case number (if known)    **25-10211**
Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | FLAGSHIP VENTURES COMMUNITY OF LEGAL INTEREST SERVICE AGREEMENT_07.13.16 | |
| | **State the term remaining** | UNDETERMINED | FLAGSHIP VENTURES MANAGEMENT, INC. 1 MEMORIAL DR, 7TH FLOOR CAMBRIDGE MA 02142 |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT ADDENDUM #1 - FOUNDATION MEDICINE \OMEGA-GAPA | |
| | **State the term remaining** | 02/16/2027 | FOUNDATION MEDICINE, INC. 150 SECOND STREET CAMBRIDGE MA 02141 |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FOUNDATION MEDICINE, INC. 150 SECOND STREET CAMBRIDGE MA 02141 |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | GAPA - GENOMIC ANALYSIS PLATFORM AGREEMENT | |
| | **State the term remaining** | 02/16/2027 | FOUNDATION MEDICINE, INC. 150 SECOND STREET CAMBRIDGE MA 02141 |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTERNAL BIOMARKER PARTNER MEMO | |
| | **State the term remaining** | 06/07/2027 | FOUNDATION MEDICINE, INC. 150 SECOND STREET CAMBRIDGE MA 02141 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER #1 FOR COBBLE ID#846 | |
|---|---|---|---|
| | **State the term remaining** | 02/16/2027 | |
| | **List the contract number of any government contract** | | FOUNDATION MEDICINE, INC.<br>150 SECOND STREET<br>CAMBRIDGE MA 02141 |

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | GENEVIEVE ALMOUZNI SAB NOTICE 04.05.21 | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GENEVANT SCIENCES, INC,<br>245 MAIN ST, 2ND FLOOR<br>CAMBRIDGE MA 02142 |

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | GITHUB-MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GITHUB<br>88 COLIN P KELLY JR ST<br>SAN FRANCISCO CA 94107 |

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT LISTED UNDER THE CYTIVA SWEDEN AB F/K/A GE HEALTHCARE BIO-SCIENCES AB CONTRACT - NAME CHANGED | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC<br>PO BOX 643065<br>PITTSBURGH PA 15264-3065 |

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | GOVIG MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOVIG<br>7150 E CAMELBACK RD, STE 555<br>SCOTTSDALE AZ 85251 |

Debtor    **Omega Therapeutics, Inc.**                              Case number (if known)    **25-10211**
      Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND GRAPHPAD SOFTWARE, LLC | |
| | State the term remaining | UNDETERMINED | GRAPHPAD SOFTWARE, LLC 2365 NORTHSIDE DRIVE SUITE 560 SAN DIEGO CA 92108 |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | GXP ENGAGED MASTER SERVICE AGREEMENT | |
| | State the term remaining | 08/31/2026 | GXP ENGAGED AUDITING SERVICES GMBH BRUNHILDENSTR. 25, 80639 MUNCHEN  80639 GERMANY |
| | List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | HALLORAN CONSULTING GROUP - MASTER SERVICES AGREEMENT | |
| | State the term remaining | 02/14/2025 | HALLORAN CONSULTING GROUP, INC. 22 THOMSON PLACE BOSTON MA 02210 |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | MTA_HOPEWELL THERAPEUTICS | |
| | State the term remaining | 03/20/2025 | HOPEWELL THERAPEUTICS, INC., 405 WALTHAM ST., STE. 418 LEXINGTON MA 02421 |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | HUB ORGANOIDS MASTER SERVICES AGREEMENT (AND AMENDMENTS) | |
| | State the term remaining | 02/01/2027 | HUB (STICHTING HUBRECHT ORGANOID TECHNOLOGY) YALELAAN 62, UTRECHT  3584 CM NETHERLANDS |
| | List the contract number of any government contract | | |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | ICAPITAL_OMEGATX AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | ICAPITAL, LLC<br>62 PLYMPTON ST<br>BOSTON MA 02118 |
| | List the contract number of any government contract | | |

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 07/07/2028 | ICON CLINICAL RESEARCH LTD.<br>2 GRAND CENTRAL TOWER 140 EAST 45TH ST<br>NEW YORK NY 10017 |
| | List the contract number of any government contract | | |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT CLINICAL RESEARCH SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 06/26/2029 | IMAGE ANALYSIS GROUP LIMITED<br>125 WOOD STREET<br>LONDON  EC2V 7AW<br>UNITED KINGDOM |
| | List the contract number of any government contract | | |

| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | INDIVUMED_GMBH - MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 07/05/2026 | INDIVUMED GMBH<br>FALKENRIED 88, BLDG. D,<br>HAMBURG  20251<br>GERMANY |
| | List the contract number of any government contract | | |

| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND INFOARMOUR, INC. | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | INFOARMOR, INC.<br>DEPT 3189<br>DALLAS TX 75312-3189 |
| | List the contract number of any government contract | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | INOTIV (AFFIL OF BIOANALYTICAL SYS) MASTER SERVICES AGREEMENT AND AMEND. | |
|---|---|---|---|
| | **State the term remaining** | 11/25/2025 | INOTIV - FORMERLY BIOANALYTICAL SYSTEMS 2701 KENT AVENUE WEST LAFAYETTE IN 47906 |
| | **List the contract number of any government contract** | | |

| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTEM MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 12/05/2025 | INSTEM DIAMOND WAY STONE BUSINESS PARK STONE STAFFORDSHIRE  ST15 0SD UNITED KINGDOM |
| | **List the contract number of any government contract** | | |

| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | JAZZHR SUBSCRIPTION | |
|---|---|---|---|
| | **State the term remaining** | 03/01/2025 | JAZZHR 610 LINCOLN ST. #205 WALTHAM MA 02451 |
| | **List the contract number of any government contract** | | |

| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | T&C FOR MTA FROM JCRB (H441-LUC CELLS) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | JCRB CELL BANK 7-6-8 SAITO-ASAGI IBARAKI OSAKA  567-0085 JAPAN |
| | **List the contract number of any government contract** | | |

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | YAZBECK CONSULTING AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 02/24/2025 | KATIE YAZBECK ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | 073119 - EXECUTED CDP LEASE - KINTAI THERAPEUTICS INC | |
|---|---|---|---|
| | State the term remaining | 07/31/2029 | KINTAI THERAPEUTICS, INC 20 ACORN PARK DRIVE CAMBRIDGE MA 02140 |
| | List the contract number of any government contract | | |

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | KPMG - OMEGA LEASE | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | KPMG LLP 60 SOUTH ST BOSTON MA 02111 |
| | List the contract number of any government contract | | |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LABORATORY SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 05/12/2025 | LABCONNECT 2304 SILVERDALE DR. ST. 100 JOHNSON CITY TN 37601 |
| | List the contract number of any government contract | | |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT AGREEMENT #1 TO MASTER LAB SERVICES AGMT | |
|---|---|---|---|
| | State the term remaining | 03/31/2028 | LABCONNECT 2304 SILVERDALE DR. ST. 100 JOHNSON CITY TN 37601 |
| | List the contract number of any government contract | | |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER NO.2/LC# OMTX2002 | |
|---|---|---|---|
| | State the term remaining | 01/29/2027 | LABCONNECT 2304 SILVERDALE DR ST 100 JOHNSON CITY TN 37601 |
| | List the contract number of any government contract | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 02/07/2027 | LABCORP DRUG DEVELOPMENT INC. |
| | **List the contract number of any government contract** | | 10 MOORE DRIVE PO BOX 13983 DURHAM NC 27709 |

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING - EXECUTIVE COACHING - 6 MONTH SERVICES | |
|---|---|---|---|
| | **State the term remaining** | 05/31/2026 | LDMAX ENTERPRISES, LLC DBA LOREE DRAUDE COACHING |
| | **List the contract number of any government contract** | | 525 WEST 28TH STREET #1144 NEW YORK NY 10001 |

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | MD CONSULTING AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 06/21/2027 | LHD INSIGHTS, LLC |
| | **List the contract number of any government contract** | | 9345 SW 142ND ST MIAMI FL 33176 |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | QSS, KINGFISHER, EVOS M5000 SERVICE CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | 10/16/2026 | LIFE TECHNOLOGIES CORPORATION (THERMO AFFIL) |
| | **List the contract number of any government contract** | | 3175 STALEY ROAD GRAND ISLAND NY 14072 |

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 12/17/2027 | LINEARX, INC |
| | **List the contract number of any government contract** | | 50 HEALTH SCIENCES DR STONY BROOK NY 11790 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT - PRECLINICAL EVALUATION OF NEBULIZED LNP | |
|---|---|---|---|
| | **State the term remaining** | 09/12/2026 | LOVELACE BIOMEDICAL |
| | **List the contract number of any government contract** | | 2425 RIDGECREST DRIVE ALBUQUERQUE NM 87108 |

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND LUMINEX CORPORATION | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | LUMINEX CORPORATION |
| | **List the contract number of any government contract** | | PO BOX 844222 DALLAS TX 75284-4222 |

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FOR EQUIPMENT SERVICES | |
|---|---|---|---|
| | **State the term remaining** | 08/15/2026 | MARATHON LS |
| | **List the contract number of any government contract** | | 720 UNIVERSITY AVENUE NORWOOD MA 02062 |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND MARKLEY NETWORK SERVICES LLC | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | MARKLEY NETWORK SERVICES LLC |
| | **List the contract number of any government contract** | | PO BOX 983122 BOSTON MA 02298-3122 |

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | PEST CONTROL SERVICES | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | MD WEAVER |
| | **List the contract number of any government contract** | | 4 MECHANIC ST NATICK MA 01760 |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | MEET RECRUITMENT - STAFFING SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 05/12/2026 | MEET RECRUITMENT |
| | **List the contract number of any government contract** | | 408 BROADWAY FLOOR 4 NEW YORK NY 10013 |

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL SUPPLY CHAIN OPTIMIZATION SERVICES | |
|---|---|---|---|
| | **State the term remaining** | 02/13/2026 | MINISTRY OF SCIENCE |
| | **List the contract number of any government contract** | | 100 TERMINAL STREET BOSTON MA 02129 |

| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | CDA FOR COLD ROOM MAINTENANCE | |
|---|---|---|---|
| | **State the term remaining** | 02/15/2027 | MINUS-ELEVEN, INC. |
| | **List the contract number of any government contract** | | 70 FINNELL DRIVE SUITE 11 WEYMOUTH MA 02188 |

| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | MLM MEDICAL LABS (FORMERLY MD BIOSCIENCES) MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 12/22/2026 | MLM MEDICAL LABS MINNESOTA, INC., |
| | **List the contract number of any government contract** | | 3510 HOPKINS PLACE NORTH OAKDALE MN 55128 |

| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT: NAIM ALKHOURI | |
|---|---|---|---|
| | **State the term remaining** | 09/27/2026 | NAIM ALKHOURI INC. |
| | **List the contract number of any government contract** | | 3051 E ROCK WREN RD. PHOENIX AZ 85048 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIALS TRANSFER AGREEMENT | |
| | **State the term remaining** | 04/18/2025 | |
| | **List the contract number of any government contract** | | NANO INTELLIGENT BIOMEDICAL ENGINEERING COMPANY, CHANGGYEONG BUILDING, 10TH FLOOR, 174, YULGOK-RO, JONGNO-GU, SEOUL  3127 SOUTH KOREA |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AND EVALUATION AGREEMENT | |
| | **State the term remaining** | 07/18/2025 | |
| | **List the contract number of any government contract** | | NANOIMAGING SERVICES, INC., 4940 CARROLL CANYON ROAD, SUITE 115 SAN DIEGO CA 92121 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | MTA_NANOVATION THERAPEUTICS | |
| | **State the term remaining** | 05/01/2025 | |
| | **List the contract number of any government contract** | | NANOVATION THERAPEUTICS INC 4TH FLOOR, 2405 WESTBROOK MALL VANCOUVER BC V6T 1Z3 CANADA |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL AGREEMENT - OTX-2002-101: NATIONAL CANCER CENTRE OF SINGAPORE | |
| | **State the term remaining** | 01/01/2028 | |
| | **List the contract number of any government contract** | | NATIONAL CANCER CENTRE OF SINGAPORE PTE LTD 10 HOSPITAL BOULEVARD #19-01 Singapore  168582 SINGAPORE |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL AGREEMENT - OTX-2002-101: NATIONAL CHENG KUNG UNIVERSITY HOSPITAL | |
| | **State the term remaining** | 01/01/2028 | |
| | **List the contract number of any government contract** | | NATIONAL CHENG KUNG UNIVERSITY HOSPITAL NO. 138, CHENG LI ROAD TAINAN  704 TAIWAN |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | BIOLOGICAL MATERIALS LICENSE AGMT & NIH APPLICATION (FOR LICENSE) | |
|---|---|---|---|
| | **State the term remaining** | 08/04/2027 | NATIONAL INSTITUTES OF HEALTH - NIH 9000 ROCKVILLE PIKE BETHESDA MD 20892 |
| | **List the contract number of any government contract** | | |

| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL AGREEMENT - OTX-2002-101: NATIONAL TAIWAN UNIVERSITY HOSPITAL | |
|---|---|---|---|
| | **State the term remaining** | 01/01/2028 | NATIONAL TAIWAN UNIVERSITY HOSPITAL 7 ZHONGSHAN S RD, ZHONGZHEN DISTRICT TAIPEI  10002 TAIWAN |
| | **List the contract number of any government contract** | | |

| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL AGREEMENT - OTX-2002-101: NATIONAL UNIVERSITY HOSPITAL | |
|---|---|---|---|
| | **State the term remaining** | 01/01/2028 | NATIONAL UNIVERSITY HOSPITAL (SINGAPORE) PTE LTD 1E KENT RIDGE ROAD #13-00 Singapore  119228 SINGAPORE |
| | **List the contract number of any government contract** | | |

| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 03/07/2028 | NEOGENOMICS LABORATORIES, INC, 12701 COMMONWEALTH DRIVE, SUITE 9 FORT MYERS FL 33913 |
| | **List the contract number of any government contract** | | |

| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CDA | |
|---|---|---|---|
| | **State the term remaining** | 03/09/2025 | NEXT ONCOLOGY - SAN ANTONIO 2829 BABCOCK ROAD, SUITE 300 SAN ANTONIO TX 78229 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | JOINT REPRESENTATION ENGAGEMENT AGMT (NITTO/WITHERS) | |
|---|---|---|---|
| | **State the term remaining** | 04/14/2027 | NITTO BIOPHARMA, INC. 10618 SCIENCE CENTER DRIVE SAN DIEGO CA 92121 |
| | **List the contract number of any government contract** | | |

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH COLLABORATION AGMT, WAIVER/CONSENT, AND BANC OF CA AGMT LTR) | |
|---|---|---|---|
| | **State the term remaining** | 12/31/2033 | NOVO NORDISK A/S NOVO ALLE 1, 2880 BAGSVAERD BAGSVAERD 2880 DENMARK |
| | **List the contract number of any government contract** | | |

| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH COLLABORATION AGMT (OMEGA / NOVO & PIONEERING MEDICINES) | |
|---|---|---|---|
| | **State the term remaining** | 12/31/2033 | NOVO NORDISK A/S NOVO ALLE 1, 2880 BAGSVAERD BAGSVAERD 2880 DENMARK |
| | **List the contract number of any government contract** | | |

| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | ELIAS NYBERG CA  - AD HOC REGULATORY CONSULTING SERVICES | |
|---|---|---|---|
| | **State the term remaining** | 11/16/2026 | NYBERG REGULATORY CONSULTING, LLC PO BOX 641 CENTER CONWAY NH 03813 |
| | **List the contract number of any government contract** | | |

| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | PATTI NARDI RASICOT CONSULTING AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 12/31/2025 | OCEAN MIST CONSULTING (PATTI NARDI RASICOT) 560 SEASIDE DRIVE JAMESTOWN RI 02835 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL TRIAL AGREEMENT - OTX-2002-101: OCHSNER CLINIC FOUNDATION D/B/A OCHSNER HEALTH | |
|---|---|---|---|
| | State the term remaining | 01/01/2028 | |
| | List the contract number of any government contract | | OCHSNER CLINIC FOUNDATION D/B/A OCHSNER HEALTH 1514 JEFFERSON HIGHWAY ACADEMICS BUILDING, 2ND FLOOR NEW ORLEANS LA 70121 |

| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | ORACLE AMERICA, INC. - NETSUITE LICENSE - ESTIMATE_13485798 - 7.13.2020 | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ORACLE AMERICA, INC. 500 ORACLE PKWY REDWOOD SHORES CA 94065 |

| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | PACE ANALYTICAL LIFE SCIENCES MASTER SERVICES AGREEMENT.10.13.20FE | |
|---|---|---|---|
| | State the term remaining | 10/13/2026 | |
| | List the contract number of any government contract | | PACE ANALYTICAL LIFE SCIENCES, LLC 1311 HELMO AVENUE NORTH OAKDALE MN 55128 |

| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | KIM CHIAZZA CONSULTING AGMT | |
|---|---|---|---|
| | State the term remaining | 04/23/2027 | |
| | List the contract number of any government contract | | PALMETTO TALENT PARTNERS, INC. 305 S. RIDGE STREET, #2355 BRECKENRIDGE CO 80424 |

| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | PATSNAP INNOVATION INTELLIGENCE PLATFORM (PROF. SERVICES) | |
|---|---|---|---|
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | PATSNAP (UK) LTD BUILDING 3, CHISWICK BUSINESS PARK, 566 CHISWICK HIGHROAD LONDON  W4 5YA ENGLAND |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | PAY GOVERNANCE_SERVICE AGMT. | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PAY GOVERNANCE LLC<br>OLIVIA WAKEFIELD, PARTNER<br>477 MADISON AVE<br>STE 340<br>NEW YORK NY 10022 |

| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYLOCITY TERMS AND CONDITIONS | |
|---|---|---|---|
| | **State the term remaining** | 09/30/2022 | |
| | **List the contract number of any government contract** | | PAYLOCITY,<br>1400 AMERICAN LN<br>SCHAUMBURG IL 60173 |

| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | COBRA SERVICES | |
|---|---|---|---|
| | **State the term remaining** | 09/19/2022 | |
| | **List the contract number of any government contract** | | PAYLOCITY,<br>1400 AMERICAN LN<br>SCHAUMBURG IL 60173 |

| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | PHARMA MODELS MASTER RESEARCH AGMT | |
|---|---|---|---|
| | **State the term remaining** | 04/29/2026 | |
| | **List the contract number of any government contract** | | PHARMA MODELS, LLC<br>257 SIMARANO DRIVE, ANNEX 2<br>MARLBOROUGH MA 01752 |

| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | PHARMARON_OMEGA MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 02/27/2026 | |
| | **List the contract number of any government contract** | | PHARMARON, INC.,<br>201 EAST JEFFERSON STREET, SUITE #304<br>LOUISVILLE KY 40202 |

Debtor     **Omega Therapeutics, Inc.**                                              Case number (if known)    **25-10211**
_____
Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH COLLABORATION AGREEMENT (NOVO) | |
| | **State the term remaining** | 12/31/2033 | PIONEERING MEDICINES 08, INC. 55 CAMBRIDGE PKWY, SUITE 800E CAMBRIDGE MA 02142 |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FOR PRODUCT WITH NITTO FORMULATION | |
| | **State the term remaining** | 08/24/2025 | POLYMUN SCIENTIFIC IMMUNBIOLOGISCHE FORSCHUNG GMBH DONAUSTRAße 99 KLOSTERNEUBURG 3400 AUSTRIA |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIALS TRANSFER AGREEMENT | |
| | **State the term remaining** | 12/02/2025 | POLYMUN SCIENTIFIC IMMUNBIOLOGISCHE FORSCHUNG GMBH DONAUSTRAße 99 KLOSTERNEUBURG 3400 AUSTRIA |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | POLYMUN-MANUFACTURING AGREEMENT (W/AMENDMENTS) | |
| | **State the term remaining** | 10/11/2026 | POLYMUN SCIENTIFIC IMMUNBIOLOGISCHE FORSCHUNG GMBH DONAUSTRAße 99 KLOSTERNEUBURG 3400 AUSTRIA |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | PRECISION FOR MEDICINE MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | 02/04/2027 | PRECISION FOR MEDICINE, LLC 240 MAIN STREET, SUITE 400 GLADSTONE NJ 07934 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER #2 | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PRECISION FOR MEDICINE, LLC<br>240 MAIN STREET, SUITE 400<br>GLADSTONE NJ 07934 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE PURCHASING AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND PRENDIO LLC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PRENDIO LLC<br>660 MAIN STREET<br>WOBURN MA 01801 |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FOR GRAPHIC DESIGN OVERNIGHT SERVICES | |
| | **State the term remaining** | 11/22/2025 | |
| | **List the contract number of any government contract** | | PREZENTIUM INC<br>LEVEL 2, AGNITIO TECH PARK, 141 KANDANCHAVADI, PERUNGUDI, OMR<br>CHENNAI  600096<br>INDIA |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER STAFFING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROCLINICAL STAFFING INC.<br>1033 N 2ND ST, 6TH FLOOR<br>PHILADELPHIA PA 19123 |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT (EXPIRED 1/6/2024, RENEWAL IN PROCESS) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROMEGA CORPORATION<br>PO BOX 689768<br>CHICAGO IL 60695-9768 |

Debtor **Omega Therapeutics, Inc.**

Name

Case number (if known) **25-10211**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY<br>6 CONCOURSE PARKWAY # 2700<br>ATLANTA GA 30374-0592 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LAB SERVICES AGREEMENT | |
| | **State the term remaining** | 08/19/2027 | |
| | **List the contract number of any government contract** | | Q SQUARED SOLUTIONS LLC<br>5827 SOUTH MIAMI BLVD.<br>MORRISVILLE NC 27560 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | BAILMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RARE AIR HEALTH, INC<br>3925 SW COUNTRY CLUB DR<br>CORVALLIS OR 97333 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT | |
| | **State the term remaining** | 03/13/2027 | |
| | **List the contract number of any government contract** | | REPLIGEN CORPORATION,<br>41 SEYON STREET, BLDG. 1, SUITE 100<br>WALTHAM MA 02453 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | RICHARD YOUNG CONSULTING AGMT. & AMENDMENTS | |
| | **State the term remaining** | 11/07/2025 | |
| | **List the contract number of any government contract** | | RICHARD A. YOUNG, PHD.<br>ADDRESS ON FILE |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | RICHARD DAVIES CONSULTING AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 02/22/2027 | RICHARD DAVIES ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | RK WOLFF CONSULTING | |
|---|---|---|---|
| | **State the term remaining** | 03/23/2026 | RK WOLFF SAFETY CONSULTING INC 245 CHRISTOFER CT. SANIBEL FL 33957 |
| | **List the contract number of any government contract** | | |

| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | OTX-2002-101 TRIAL: IHC OF TISSUE BIOPSIES (MYC AND PDL1) | |
|---|---|---|---|
| | **State the term remaining** | 12/31/2026 | ROCHE DIAGNOSTICS CORPORATION 9115 HAGUE ROAD INDIANAPOLIS IN 46256 |
| | **List the contract number of any government contract** | | |

| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT COLLABORATION AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 03/03/2025 | ROCHE DIAGNOSTICS CORPORATION 9115 HAGUE ROAD INDIANAPOLIS IN 46256 |
| | **List the contract number of any government contract** | | |

| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL AGREEMENT - OTX-2002-101: SARAH CANNON RESEARCH INSTITUTE / UNIVERSITY OF OKLAHOMA HEALTH SCIENCES CENTER | |
|---|---|---|---|
| | **State the term remaining** | 02/21/2028 | SARAH CANNON RESEARCH INSTITUTE, LLC 1100 DR. MARTIN L. KING JR. BOULEVARD SUITE 800 NASHVILLE TN 37203 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT SERVICES MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 01/25/2027 | SBH SCIENCES, INC., 27 STRATHMORE ROAD NATICK MA 01760 |
| | **List the contract number of any government contract** | | |

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK WITH ADDITION OF -20C STORAGE | |
|---|---|---|---|
| | **State the term remaining** | 05/05/2025 | SCISAFE, INC., 1226 SOUTH 630 EAST, SUITE 3 AMERICAN FORK UT 84003 |
| | **List the contract number of any government contract** | | |

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 03/08/2026 | SCISAFE, INC., 1226 SOUTH 630 EAST, SUITE 3 AMERICAN FORK UT 84003 |
| | **List the contract number of any government contract** | | |

| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | SCISAFE MASTER SERVICES AGREEMENT & SOW | |
|---|---|---|---|
| | **State the term remaining** | 05/05/2025 | SCISAFE, INC., 1226 SOUTH 630 EAST, SUITE 3 AMERICAN FORK UT 84003 |
| | **List the contract number of any government contract** | | |

| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | T&C FOR MTA FROM JCRB (H441-LUC CELLS) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | SEKISUI XENOTECH, LLC 1101 WEST CAMBRIDGE CIRCLE DR KANSAS CITY KS 66103 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | LEASE - 20 ACORN PARK - SHARED SPACE ARRANGEMENT AND AMENDMENTS | |
|---|---|---|---|
| | State the term remaining | 07/30/2029 | SENDA BIOSCIENCES, INC. (FORMERLY KINTAI THERAPEUTICS) |
| | List the contract number of any government contract | | 20 ACORN PARK DR CAMBRIDGE MA 02140 |

| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL TRIAL AGREEMENT - OTX-2002-101: SEOUL NATIONAL UNIVERSITY HOSPITAL | |
|---|---|---|---|
| | State the term remaining | 01/01/2028 | SEOUL NATIONAL UNIVERSITY HOSPITAL |
| | List the contract number of any government contract | | 101 DAEHAK-RO JONGNO-GU SEOUL  03080 SOUTH KOREA |

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | SEQERA  - NEXTFLOW - SOFTWARE LICENSE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | SEQERA LABS, S.L., |
| | List the contract number of any government contract | | CARRER RAMON TURRO, 142 BARCELONA  8005 SPAIN |

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 03/19/2025 | SGS CANADA INC. |
| | List the contract number of any government contract | | 6490 VIPOND DRIVE MISSISSAUGA ON L5T 1W8 CANADA |

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | SGS MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 03/19/2025 | SGS NORTH AMERICA INC. |
| | List the contract number of any government contract | | 201 ROUTE 17 NORTH, 7TH FLOOR RUTHERFORD NJ 07070 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND SIKICH LLP | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | SIKICH LLP |
| | List the contract number of any government contract | | 1415 W DIEHL RD SUITE 400 NAPERVILLE IL 60563 |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND SMARTSHEET INC | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | SMARTSHEET INC |
| | List the contract number of any government contract | | 500 108TH AVE NE, SUITE 200 BELLEVUE WA 98004 |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER UNDER SMA | |
|---|---|---|---|
| | State the term remaining | 03/20/2025 | SMC GROUP INTERNATIONAL, INC., |
| | List the contract number of any government contract | | 20250 ACACIA ST., STE 240 NEWPORT BEACH CA 92660 |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 04/14/2025 | SMC GROUP INTERNATIONAL, INC., |
| | List the contract number of any government contract | | 20250 ACACIA ST., STE 240 NEWPORT BEACH CA 92660 |

| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | SMITHSONIAN INSTITUTION (PARKING)_DISCOVERY PARK - FIRST AMENDMENT TO PARKING AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 05/12/2026 | SOMALOGIC, INC. |
| | List the contract number of any government contract | | 2945 WILDERNESS PLACE BOULDER CO 80301 |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIALS TRANSFER AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 07/01/2025 | SPECTRAL DATA SERVICES |
| | **List the contract number of any government contract** | | 818 PIONEER ST<br>CHAMPAGNE IL 61820 |

| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW #4 LAB OPS AND SAFETY CONSULTANTS | |
|---|---|---|---|
| | **State the term remaining** | 07/31/2025 | SPOTLIGHT SAFETY, INC. |
| | **List the contract number of any government contract** | | 955 MASSACHUSETTS AVE, STE 416<br>CAMBRIDGE MA 02139 |

| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FOR EHS SERVICES | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | SPOTLIGHT SAFETY, INC. |
| | **List the contract number of any government contract** | | 955 MASSACHUSETTS AVE, STE 416<br>CAMBRIDGE MA 02139 |

| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | STANFORD_WU SRA & PAUSE AMEND. | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | STANFORD, THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY |
| | **List the contract number of any government contract** | | 415 BROADWAY ST 2ND FLOOR<br>REDWOOD CITY CA 94063 |

| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | ORIGINAL CONTRACT & CHANGE OF ADDRESS NOTIFICATION (140 FIRST STREET) | |
|---|---|---|---|
| | **State the term remaining** | 09/01/2027 | STERICYCLE, INC. |
| | **List the contract number of any government contract** | | 2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | 2022 CONTRACT AMENDMENT | |
|---|---|---|---|
| | **State the term remaining** | 09/01/2027 | STERICYCLE, INC. |
| | | | 2355 WAUKEGAN ROAD |
| | **List the contract number of any government contract** | | BANNOCKBURN IL 60015 |

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | STUDYLOG SOFTWARE LICENSE AND SOFTWARE MAINTENANCE AGREEMENTS | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | STUDYLOG SYSTEMS, INC |
| | | | 101-A HICKEY BLVD, #301 |
| | **List the contract number of any government contract** | | SOUTH SAN FRANCISCO CA 94080 |

| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 01/23/2028 | SYNGOI TECHNOLOGIES S.L.U. |
| | | | PARQUE CIENTÍFICO Y TECNOLÓGICO DE BIZKAIA IBAIZABAL |
| | **List the contract number of any government contract** | | BIDEA ZAMUDIO |
| | | | BISCAY 501B  48170 |
| | | | SPAIN |

| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO. 4 | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | SYNTEREX, INC. |
| | | | 122 ROSEMARY RD |
| | **List the contract number of any government contract** | | DEDHAM MA 02026 |

| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | SYNTEREX - OMEGA MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 03/01/2027 | SYNTEREX, INC. |
| | | | 122 ROSEMARY RD |
| | **List the contract number of any government contract** | | DEDHAM MA 02026 |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | FREEDOM EVO SERVICE CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | 06/21/2026 | TECAN SP, INC., 14180 LIVE OAK AVE BALDWIN PARK CA 91706 |
| | **List the contract number of any government contract** | | |

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | SPARK MICROPLATE READER SERVICE CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | 08/01/2025 | TECAN US, INC. 9401 GLOBE CENTER DRIVE SUITE 140 MORRISVILLE NC 27560 |
| | **List the contract number of any government contract** | | |

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT (EXPIRED 6/20/2021, RENEWAL IS IN PROCESS) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | TECHNIUM, INC., 144 TURNPIKE ROAD SUITE 230 SOUTHBOROUGH MA 01772 |
| | **List the contract number of any government contract** | | |

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT AND AMENDMENT | |
|---|---|---|---|
| | **State the term remaining** | 06/02/2026 | TEMPUS LABS, INC, 600 WEST CHICAGO AVE., SUITE 510 CHICAGO IL 60654 |
| | **List the contract number of any government contract** | | |

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | WORK PLAN #1 IN CONNECTION WITH COBBLESTONE #842 | |
|---|---|---|---|
| | **State the term remaining** | 03/07/2025 | TEMPUS LABS, INC, 600 WEST CHICAGO AVE., SUITE 510 CHICAGO IL 60654 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | TET SYSTEMS GMBH & CO - LICENSE_AGREEMENT (NON-EXCLUSIVE) | |
|---|---|---|---|
| | **State the term remaining** | 07/05/2030 | TET SYSTEMS GMBH & CO |
| | **List the contract number of any government contract** | | NEUENHEIMER FELD 582 HEIDELBERG  69120 GERMANY |

| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT - MD ANDERSON_MDACC_NE-LICENSE_ATCC_MDA-MB-231_MDA-MB-468 | |
|---|---|---|---|
| | **State the term remaining** | 03/01/2031 | THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM |
| | **List the contract number of any government contract** | | 210 WEST 7TH STREET AUSTIN TX 78701 |

| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL AGREEMENT - OTX-2002-101: PRINCE OF WALES HOSPITAL | |
|---|---|---|---|
| | **State the term remaining** | 02/14/2028 | THE CHINESE UNIVERSITY OF HONG KONG |
| | **List the contract number of any government contract** | | PRINCE OF WALES HOSPITAL SHATIN, NEW TERRITORIES HONG KONG |

| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | AED SERVICE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 12/20/2026 | THE CINTAS CORPORATION |
| | **List the contract number of any government contract** | | 10-G GILL STREET WOBURN MA 01801 |

| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL AGREEMENT - OTX-2002-101: THE UNIVERSITY OF CHICAGO | |
|---|---|---|---|
| | **State the term remaining** | 01/01/2028 | THE UNIVERSITY OF CHICAGO |
| | **List the contract number of any government contract** | | 5801 SOUTH ELLIS AVENUE CHICAGO IL 60637 |

Debtor  **Omega Therapeutics, Inc.**                                  Case number (if known)  **25-10211**
        Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL TRIAL AGREEMENT - OTX-2002-101: QUEEN MARY HOSPITAL | |
| | State the term remaining | 05/09/2028 | |
| | List the contract number of any government contract | | THE UNIVERSITY OF HONG KONG CLINICAL TRIALS CENTRE, 6/F, BLOCK T, QUEEN MARY HOSPITAL, 102 POKFULAM ROAD HONG KONG |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | THERMO FISHER LEASE MLS 001 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | THERMO FISHER FINANCIAL SERVICES INC 168 THIRD AVE WALTHAM MA 02451 |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | THERMO FISHER LEASE MLS 002 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | THERMO FISHER FINANCIAL SERVICES INC 168 THIRD AVE WALTHAM MA 02451 |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | THERMO FISHER LEASE MLS 003 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | THERMO FISHER FINANCIAL SERVICES INC 168 THIRD AVE WALTHAM MA 02451 |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | THERMO FISHER LEASE MLS 004 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | THERMO FISHER FINANCIAL SERVICES INC 168 THIRD AVE WALTHAM MA 02451 |

Debtor **Omega Therapeutics, Inc.**      Case number (if known) **25-10211**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | THERMO FISHER LEASE MLS 005 | |
| | **State the term remaining** | UNDETERMINED | THERMO FISHER FINANCIAL SERVICES INC |
| | **List the contract number of any government contract** | | 168 THIRD AVE WALTHAM MA 02451 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | THERMO FISHER LEASE MLS 006 | |
| | **State the term remaining** | UNDETERMINED | THERMO FISHER FINANCIAL SERVICES INC |
| | **List the contract number of any government contract** | | 168 THIRD AVE WALTHAM MA 02451 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | THERMO FISHER LEASE MLS 007 | |
| | **State the term remaining** | UNDETERMINED | THERMO FISHER FINANCIAL SERVICES INC |
| | **List the contract number of any government contract** | | 168 THIRD AVE WALTHAM MA 02451 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | THERMO FISHER LEASE MLS 008 | |
| | **State the term remaining** | UNDETERMINED | THERMO FISHER FINANCIAL SERVICES INC |
| | **List the contract number of any government contract** | | 168 THIRD AVE WALTHAM MA 02451 |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FOR PLUMBING WORK | |
| | **State the term remaining** | 06/13/2026 | THOMAS G. GALLAGHER |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

Debtor **Omega Therapeutics, Inc.**          Case number (if known)  **25-10211**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT & SOW - SPATIAL TRANSCRIPTOMICS | |
| | **State the term remaining** | 08/23/2026 | THREE DIMENSION GENOMICS (3D) 2736 LOKER AVENUE W. SUITE B CARLSBAD CA 92010 |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOTHAKER CONSULTING | |
| | **State the term remaining** | 04/27/2025 | TOOTHAKER CONSULTING 9 MARYVALE ROAD BURLINGTON MA 01803 |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | 05/16/2025 | TOXSTRATEGIES 23501 CINCO RANCH BLVD., SUITE B226 KATY TX 77494 |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | TPP SECURITY SERVICES FOR 2023 | |
| | **State the term remaining** | 12/31/2023 | TPP GLOBAL SERVICES 420 CLAPBOARDTREE ST WESTWOOD MA 02090 |
| | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | MTA_TRANSCODE THERAPEUTICS | |
| | **State the term remaining** | 04/21/2025 | TRANSCODE THERAPEUTICS 73B CHAPEL STREET NEWTON MA 02458 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND UNIFIRST CORPORATION | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | UNIFIRST CORPORATION |
| | List the contract number of any government contract | | 78-80 EAST COTTAGE STREET DORCHESTER MA 02125 |

| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL TRIAL AGREEMENT - OTX-2002-101: UNIVERSITY OF FLORIDA | |
|---|---|---|---|
| | State the term remaining | 05/03/2028 | UNIVERSITY OF FLORIDA BOARD OF TRUSTEES |
| | List the contract number of any government contract | | 207 GRINTER HALL P.O. BOX 115500 GAINESVILLE FL 32611-5500 |

| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | MTA FOR CFTR ANTIBODIES | |
|---|---|---|---|
| | State the term remaining | 06/16/2029 | UNIVERSITY OF NORTH CAROLINA - CHAPEL HILL |
| | List the contract number of any government contract | | 1119 MARSICO HALL, CB 7248 CHAPEL HILL NC 27599-7248 |

| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL TRIAL AGREEMENT - OTX-2002-101: UNIVERSITY OF WASHINGTON | |
|---|---|---|---|
| | State the term remaining | 01/31/2028 | UNIVERSITY OF WASHINGTON |
| | List the contract number of any government contract | | 4333 BROOKLYN AVENUE N.E. SEATTLE WA 98195 |

| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | ONBOARDING PAPERWORK FOR BENEFITS AND RELATED AGREEMENTS | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| | List the contract number of any government contract | | PO BOX 406927 ATLANTA GA 30384-6927 |

| Debtor | **Omega Therapeutics, Inc.** | Case number (if known) | **25-10211** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | UPPSALA MONITORING CENTRE |
| | List the contract number of any government contract | | PO BOX 1051 UPPSALA  SE-751 40 SWEDEN |

| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | VAT IT CLIENT AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 11/01/2029 | VAT IT USA, INC. |
| | List the contract number of any government contract | | 1206 LASKIN ROAD VIRGINIA BEACH VA 23451 |

| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | VERITY MASTER SERVICES AGREEMENT_ | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | VCC SOLUTIONS LLC. DBA THE VERITY COLLECTIVE, |
| | List the contract number of any government contract | | 243 WESTFORD ST CHELMSFORD MA 01824 |

| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | VECTORBUILDER_MASTER SERVICES AGREEMENT. | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | VECTORBUILDER INC |
| | List the contract number of any government contract | | 1010 W 35TH ST, STE 515 CHICAGO IL 60609 |

| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL BIOA WORK | |
|---|---|---|---|
| | State the term remaining | 06/16/2026 | VELOXITY LABS |
| | List the contract number of any government contract | | 801W MAIN ST. PEORIA PEORIA IL 61606 |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FOR SERVICES | |
|---|---|---|---|
| | **State the term remaining** | 05/23/2026 | |
| | **List the contract number of any government contract** | | VEOLIA NORTH AMERICA<br>27 WEST STREET<br>CHARLESTOWN MA 02129 |

| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | VERISTAT_MASTER SERVICES AGREEMENT_OMEGA_THERAPEUTICS_INC_2022-01-14 | |
|---|---|---|---|
| | **State the term remaining** | 01/18/2027 | |
| | **List the contract number of any government contract** | | VERISTAT, LLC<br>134 TURNPIKE ROAD, #200<br>SOUTHBOROUGH MA 02038 |

| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND VOTACALL, INC. | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VOTACALL, INC.<br>1504 PROVIDENCE HIGHWAY, #19<br>NORWOORD MA 02062 |

| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL PEST CONTROL SERVICE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 11/11/2025 | |
| | **List the contract number of any government contract** | | WALTHAM SERVICES, LLC<br>9 ERIE DRIVE<br>NATICK MA 01760 |

| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-EXCLUSIVE PATENT LICENSE AGREEMENT (AND WAIVERS/CONSENT) | |
|---|---|---|---|
| | **State the term remaining** | 08/01/2037 | |
| | **List the contract number of any government contract** | | WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH<br>455 MAIN STREET<br>CAMBRIDGE MA 02142 |

Debtor **Omega Therapeutics, Inc.**

Name

Case number (if known) **25-10211**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | PATENT LICENSE AGREEMENT | |
| | **State the term remaining** | 05/22/2037 | WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH 455 MAIN STREET CAMBRIDGE MA 02142 |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | 06/20/2027 | WHITSELL INNOVATIONS, INC. 18 KENDALL DRIVE CHAPEL HILL NC 27517 |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT AND AMENDMENT(S) | |
| | **State the term remaining** | 08/25/2025 | WUXI APPTEC UNIT C, 20/F., OFFICE PLUS AT MONG KOK, NO. 998 CANTON ROAD, KOWLOON HONG KONG |
| | **List the contract number of any government contract** | | |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND WYATT TECHNOLOGY CORPORATION | |
| | **State the term remaining** | UNDETERMINED | WYATT TECHNOLOGY CORPORATION 6330 HOLLISTER AVE GOLETA CA 93117 |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | GQR GLOBAL MARKETS MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WYNDEN STARK LLC D/B/A GQR GLOBAL MARKETS 316 W 12TH ST, STE 210 AUSTIN TX 78701 |
| | **List the contract number of any government contract** | | |

| Debtor | **Omega Therapeutics, Inc.** | | Case number (if known) | **25-10211** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTABLISH MASTER SERVICES AGREEMENT WITH XENOSTART | |
|---|---|---|---|
| | **State the term remaining** | 04/24/2026 | XENOSTART<br>4383 MEDICAL DRIVE<br>SAN ANTONIO TX 78229 |
| | **List the contract number of any government contract** | | |

| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT WITH YECURIS FOR IN VIVO STUDY | |
|---|---|---|---|
| | **State the term remaining** | 02/12/2027 | YECURIS CORPORATION<br>15055 SW SEQUOIA PARKWAY, SUITE 130<br>TIGARD OR 97224 |
| | **List the contract number of any government contract** | | |

| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | ZENQMS LLC,<br>40 COULTER AVE, STE 265<br>ARDMORE PA 19003 |
| | **List the contract number of any government contract** | | |

| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY TECHNICAL AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | ZENQMS LLC,<br>40 COULTER AVE, STE 265<br>ARDMORE PA 19003 |
| | **List the contract number of any government contract** | | |

| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 02/25/2025 | ZIFO TECHNOLOGIES, INC.<br>500 LAKE COOK ROAD<br>DEERFIELD IL 60015 |
| | **List the contract number of any government contract** | | |

Debtor    **Omega Therapeutics, Inc.**                                          Case number (if known)    **25-10211**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT BY AND BETWEEN OMEGA THERAPEUTICS, INC. AND ZOOM VIDEO COMMUNICATIONS INC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ZOOM VIDEO COMMUNICATIONS INC PO BOX 398843 SAN FRANCISCO CA 94139-8843 |

**Fill in this information to identify the case:**

Debtor name    **Omega Therapeutics, Inc.**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)    **25-10211**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor name  **Omega Therapeutics, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF DELAWARE**

Case number (if known)   **25-10211**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 19, 2025**          **/s/ Barbara Chan**
                                        Signature of individual signing on behalf of the debtor

                                        **Barbara Chan**
                                        Printed name

                                        **Senior Vice President of Finance and Chief Accounting Officer**
                                        Position or relationship to debtor