**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OMGA LIQUIDATING, INC.,<br>f/k/a OMEGA THERAPEUTICS, INC.,[1] | Case No. 25-10211 (BLS) |
| Debtor. | **Response Deadline: May 19, 2026 at 4:00 p.m. (ET)** |

**PLAN ADMINISTRATOR'S THIRD NOTICE OF SATISFACTION OF CLAIMS**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR SATISFIED CLAIMS IDENTIFIED ON SCHEDULE 1 ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that Steven Balasiano, solely in his capacity as the Plan Administrator of OMGA Liquidating, Inc., f/k/a Omega Therapeutics, Inc. (the "Plan Administrator"), appointed pursuant to the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtor* filed June 16, 2025 [Docket No. 291] (the "Plan")[2], which was confirmed by the Order of this Court on July 31, 2025 [Docket No. 359], hereby files this notice ("Notice") identifying certain priority claims filed or scheduled in this chapter 11 case that have been satisfied ("Satisfied Claims"). A list of the Satisfied Claims is attached hereto as Schedule 1.

---

[1] The Debtor's federal tax identification number is: 81-3247585. The mailing address for the Post-Effective Date Debtor is 6701 Bay Parkway, 3rd Floor Brooklyn, NY 11204, c/o MHR Advisory Group, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Confirmation Order (defined below) or Plan, as applicable.

## BACKGROUND

### A.    The Chapter 11 Case

1.     On February 10, 2025 (the "Petition Date"), the debtor in the chapter 11 case (the "Debtor" or the "Post-Effective Date Debtor") filed a voluntary petition for relief in this Court. Since the Petition Date, the Debtor has remained in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this chapter 11 case.

2.     On July 31, 2021, this Court entered an order confirming the Plan [Docket No. 359] (the "Confirmation Order").

3.     On August 8, 2021 (the "Effective Date"), the Plan became effective in accordance with its terms. *See* Docket No. 370.

4.     On the Effective Date, Steven Balasiano, in his capacity as Plan Administrator, became the sole representative of the Debtor's estate for the purpose of, *inter alia*, reconciling claims filed against the Debtor's estate and facilitating distributions in accordance with the Plan. *See* Plan, Art. 12.6.

### B.    The Claims Reconciliation Process

5.     On April 23, 2025, the Court entered the *Order (I) Establishing Certain Bar Dates for Filing Prepetition Claims and Administrative Expense Claims, and (II) Granting Related Relief, Including Notice and Filing Procedures* [Docket No. 201] (the "Bar Date Order"), which established, *inter alia*, May 28, 2025 at 5:00 p.m. (prevailing Eastern Time) as: (i) the deadline for all entities, other than governmental units, to file prepetition proofs of claim against the Debtor, including claims pursuant to section 503(b)(9) of the Bankruptcy Code and (ii) the deadline for all persons or entities to file proofs of claim against the Debtor for unpaid administrative expense claims arising on or after the Petition Date through and including April 25, 2025. The Bar Date

Order also established August 11, 2025, as the deadline for governmental units to file prepetition proofs of claim against the Debtor.

6. As set forth in the Plan and the *Notice of (I) Entry of Confirmation Order; (II) Effective Date; (III) Applicable Bar Dates for Filing Certain Claims; and (IV) Related Information* [Docket No. 370] (the "Effective Date Notice"), applications seeking allowance and payment of Administrative Claims incurred after April 25, 2025 had to be filed and served no later than September 8, 2025, at 11:59 p.m. (prevailing Eastern Time). *See* Plan Art. 6.1; Docket No. 370.

7. In accordance with the Bar Date Order, on April 25, 2025, Kroll Restructuring Administration LLC ("Kroll"), the Debtor's Court-appointed claims and noticing agent, mailed the Bar Date Notice and proof of claims forms to, among others, all known holders of potential claims and their counsel (if known). *See* Docket No. 208. In addition, Kroll published the Bar Date Notice (as conformed for publication) in *The Wall Street Journal* on April 30, 2025. *See* Docket No. 220.

8. The Plan established the initial deadline to file objections to the allowance of any claim to be ninety (90) days after the Effective Date, which is November 6, 2025. *See* Plan, Art. 1.25. On November 21, 2025, the Court entered an order extending the Plan Administrator's deadline to file objections through and including May 5, 2026. *See* Docket No. 433.

**<u>CLAIMS SATISFIED AFTER THE PETITION DATE</u>**

9. The Plan Administrator has reviewed the Debtor's books and records and determined that the Satisfied Claims were satisfied, subsequent to the Petition Date. Specifically, the Plan Administrator has determined that the Satisfied Claims listed in **<u>Schedule 1</u>** attached hereto have been satisfied as set forth therein.

10.     Accordingly, the Plan Administrator intends to have Kroll designate on the claims register in this chapter 11 case that the priority amounts contained in the Satisfied Claims have been previously satisfied as provided for herein and on **Schedule 1**.  Out of an abundance of caution, however, the Plan Administrator is serving this Notice on all parties holding the Satisfied Claims and providing such parties with an opportunity to respond to the Plan Administrator's position that such amounts have been satisfied in full as set forth on **Schedule 1**.

## **RESPONSES TO THE NOTICE**

11.     Any party disputing the Plan Administrator's position that a particular Satisfied Claim has been satisfied as provided herein and on **Schedule 1** must file a written response no later than **May 19, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "Deadline") with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve the response on counsel for the Plan Administrator, so that the response is received no later than the Deadline at the following address:

> Justin R. Alberto (No. 5126)
> Michael E. Fitzpatrick (No. 6797)
> Carol E. Thompson (No. 6936)
> 500 Delaware Avenue, Suite 600
> Wilmington, DE 19801
> Telephone: (302) 652-3131
> Facsimile: (302) 652-3117
> Email: jalberto@coleschotz.com
> mfitzpatrick@coleschotz.com
> cthompson@coleschotz.com

12.     The Plan Administrator will review any responses and make a reasonable effort to determine whether any asserted amounts were, in fact, not satisfied.  If the parties are unable to reach a resolution, the Plan Administrator will schedule a hearing on the matter at a date and time determined by the Plan Administrator, in his discretion, subject to the availability of the Court.

13.     Questions concerning this Notice should be directed to counsel for the Plan Administrator, Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, DE 19801, Attn: Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com) and Carol E. Thompson (cthompson@coleschotz.com).  Claimants should not contact the Clerk of the Court to discuss the merits of their Satisfied Claims or this Notice.

## **RESERVATION OF RIGHTS**

14.     The Plan Administrator reserves any and all rights, claims, and defenses with respect to any and all of the Satisfied Claims, and nothing included in or omitted from this Notice shall impair, prejudice, waive or otherwise affect any such rights, claims and defenses.

Dated:  April 28, 2026          **COLE SCHOTZ P.C.**
       Wilmington, Delaware

                */s/ Carol E. Thompson*
                Justin R. Alberto (No. 5126)
                Michael E. Fitzpatrick (No. 6797)
                Carol E. Thompson (No. 6936)
                500 Delaware Avenue, Suite 600
                Wilmington, DE 19801
                Telephone:     (302) 652-3131
                Facsimile:     (302) 652-3117
                Email:     jalberto@coleschotz.com
                      mfitzpatrick@coleschotz.com
                      cthompson@coleschotz.com

                *Counsel to the Plan Administrator*

## SCHEDULE 1

**Satisfied Claims**

## SCHEDULE 1

**Satisfied Claims**

OMGA Liquidating, Inc., Case No. 25-10211
Third Notice of Satisfaction of Claims
Schedule 1 - Satisfied Claims

| | NAME | CLAIM/SCHEDULE # | CASE NUMBER / DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED CLAIMS** | | | **MODIFIED CLAIMS** | |
| 1 | ATKINSON, JEFF<br>12 SILVER HILL RD.<br>ACTON, MA 01720<br>UNITED STATES | 6322307 | 25-10211<br>OMGA LIQUIDATING, INC. | PRIORITY | $15,150.00 | OMGA LIQUIDATING, INC. | PRIORITY | $0.00 |
| | | | | Subtotal | $15,150.00 | | Subtotal | $0.00 |
| | PRIORITY AMOUNT HAS BEEN SATISFIED | | | | | | | |
| 2 | MCCURLEY, AMY<br>8 THORNLEY STREET<br>BOSTON, MA 02125<br>UNITED STATES | 6322317 | 25-10211<br>OMGA LIQUIDATING, INC. | PRIORITY | $11,756.82 | OMGA LIQUIDATING, INC. | PRIORITY | $0.00 |
| | | | | Subtotal | $11,756.82 | | Subtotal | $0.00 |
| | PRIORITY AMOUNT HAS BEEN SATISFIED | | | | | | | |
| 3 | NICKAS, MARK<br>15 PLEASANT STREET<br>NORTH READING, MA 01864<br>UNITED STATES | 6322356 | 25-10211<br>OMGA LIQUIDATING, INC. | PRIORITY | $13,685.79 | OMGA LIQUIDATING, INC. | PRIORITY | $0.00 |
| | | | | Subtotal | $13,685.79 | | Subtotal | $0.00 |
| | PRIORITY AMOUNT HAS BEEN SATISFIED | | | | | | | |
| 4 | O'DONNELL, CHARLES<br>289 MAIN STREET<br>WINCHESTER, MA 01890<br>UNITED STATES | 6322313 | 25-10211<br>OMGA LIQUIDATING, INC. | PRIORITY | $10,620.94 | OMGA LIQUIDATING, INC. | PRIORITY | $0.00 |
| | | | | Subtotal | $10,620.94 | | Subtotal | $0.00 |
| | PRIORITY AMOUNT HAS BEEN SATISFIED | | | | | | | |
| 5 | WANG, YAOYU E<br>140 RANGELEY ROAD<br>CHESTNUT HILL, MA 02467<br>UNITED STATES | 32 | 25-10211<br>OMGA LIQUIDATING, INC. | PRIORITY | $15,150.00 | OMGA LIQUIDATING, INC. | PRIORITY | $0.00 |
| | | | | Subtotal | $15,150.00 | | Subtotal | $0.00 |
| | PRIORITY AMOUNT HAS BEEN SATISFIED | | | | | | | |