**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| OMGA LIQUIDATING, INC., f/k/a OMEGA THERAPEUTICS, INC.,[1] | Case No. 25-10211 (BLS) |
| Debtor. | **Re: Docket No. ___** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S**
**FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**
**(No Liability Claims, Unliquidated Claims)**

Upon consideration of the *Plan Administrator's Fifth Omnibus Objection to Certain Claims (Substantive)* (the "Objection");[2] and upon consideration of the Wright Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and this Court having found that the Plan Administrator's notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be

---

[1] The Debtor's federal tax identification number is: 81-3247585. The mailing address for the Post-Effective Date Debtor is 6701 Bay Parkway, 3rd Floor Brooklyn, NY 11204, c/o MHR Advisory Group, LLC.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to the terms in the Objection.

provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      The No Liability Claims listed on **Exhibit 1** are hereby disallowed and expunged.

3.      The Unliquidated Claims listed on **Exhibit 2** are hereby disallowed and expunged.

4.      The Plan Administrator is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

5.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in this chapter 11 case, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

6.      The Plan Administrator's right to file additional objections to each Disputed Claim or any other proofs of claim that have been or may be filed against the Debtor is preserved.  Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Plan Administrator's right to object on other stated grounds or on any other grounds that the Plan Administrator discovers during the pendency of this chapter 11 case are further preserved.

7.      The Plan Administrator's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

This Order shall be deemed a separate order with respect to each Disputed Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

8.    This Order is without prejudice to the rights of the Plan Administrator, the Debtor, its estate, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 case.

9.    The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

## Exhibit 1

## No Liability Claims

OMGA Liquidating, Inc., Case No. 25-10211
5th Omnibus Claims Objection (Substantive)
Ex. 1 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ARE-MA REGION NO. 94, LLC<br>7 WORLD TRADE CENTER, 250 GREENWICH STREET<br>NEW YORK, NY 10007 | 5/8/25 | 25-10211<br>OMGA Liquidating, Inc. | 85 | $0.00 | All of the Debtor's rent and other obligations arising under the First Amended Lease and Second Amended Lease have been satisfied by the Buyer in accordance with the Sale Order [Docket No. 205]. |
| 2 | BANC OF CALIFORNIA, f/k/a Pacific Western Bank<br>919 NORTH MARKET STREET, 17th FLOOR<br>WILMINGTON, DE 19801 | 5/28/25 | 25-10211<br>OMGA Liquidating, Inc. | 121 | $200,000.00 | Based on review of the claim and supporting documentation, there is no basis for this claim in the Debtor's books and records. |

**Exhibit 2**

**Unliquidated Claims**

OMGA Liquidating, Inc., Case No. 25-10211
5th Omnibus Claims Objection (Substantive)
Ex. 2 - Unliquidated Claims

| | | ASSERTED CLAIMS | | | | MODIFIED CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | CASE NUMBER / DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT | REASON FOR DISSALLOWANCE |
| ORACLE AMERICA, INC. SII TO NETSUITE, INC. 425 MARKET ST., SUITE 2900 SAN FRANCISCO, CA 94105 | 89 | 25-10211 OMGA Liquidating, Inc. | General Unsecured Liquidated **Total** | $21,842.77 Unknown **$21,842.77** | OMGA Liquidating, Inc. | General Unsecured Liquidated **Total** | $21,842.77 $0 **$21,842.77** | Claim is partially unliquidated and fails to attach sufficient documentation or information to determine the claim's value, and claimant has not sought to fix the amount of the claim. |